Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: 415-913-7800
Facsimile:  415-759-4112
mtodzo@lexlawgroup.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, and FUMIKO LOPEZ, as guardian of A.L., a minor, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a Delaware corporation,<br><br>    Defendant. | Case No.<br><br>**DECLARATION REGARDING PROPER VENUE PURSUANT TO CAL. CIVIL CODE § 1780(d)** |

DECLARATION RE: PROPER VENUE

I, Mark N. Todzo, declare as follows:

1. I am an attorney with the Lexington Law Group, and I represent Plaintiffs in the above-entitled action. This declaration is submitted pursuant to California Civil Code § 1780(d).

2. Venue for this action is proper in the County of Santa Clara because Defendant Apple Inc. ("Defendant") is doing business in this County, and a substantial portion of the transactions at issue in the Complaint took place, and are taking place, in this County. Furthermore, Defendant is headquartered in the County of Santa Clara.

3. Venue is therefore proper in the County of Santa Clara pursuant to California Civil Code § 1780(d).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2019, at San Francisco, California.

/s/ Mark N. Todzo_____
Mark N. Todzo