Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

Hal D. Cunningham (Bar No. 243048)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: hcunningham@scott-scott.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, and FUMIKO LOPEZ, guardian of A.L., a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a Delaware corporation.,<br><br>Defendant. | Case No. 5:19-cv-04577-NC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1  Please note the appearance of the undersigned Hal. D. Cunningham of Scott+Scott
2  Attorneys at Law LLP, 600 W. Broadway, Suite 3300, San Diego, California 92101, telephone
3  619-223-4565, email hcunningham@scott-scott.com, as counsel for Plaintiffs Fumiko Lopez and
4  Fumiko Lopez, guardian of A.L., a minor, in this action.  The undersigned respectfully requests to
5  be included via email on the Court's notification of all electronic filings in this action.

6  DATED: August 19, 2019         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

7                          *s/* Hal D. Cunningham
                           Hal D. Cunningham (Bar No. 243048)
8                          600 West Broadway, Suite 3300
                           San Diego, CA 92101
9                          Telephone: (619) 233-4565
                           Facsimile: (619) 233-0508
10                         Email: hcunningham@scott-scott.com

11
                           *Attorneys for Plaintiffs*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    1
28                         NOTICE OF APPEARANCE OF COUNSEL
                                CASE NO. 5:19-cv-04577

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

DATED: August 19, 2019              *s/* Hal D. Cunningham
                                    Hal D. Cunningham

*Attorney for Plaintiffs*