ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@dlapiper.com
AMANDA C. FITZSIMMONS (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

RAJ N. SHAH (*pro hac vice* forthcoming)
raj.shah@dlapiper.com
ERIC M. ROBERTS (*pro hac vice* forthcoming)
eric.roberts@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FUMIKO LOPEZ, and FUMIKO LOPEZ, as guardian of A.L., a minor, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

APPLE INC.,

Defendant.

CASE NO. 5:19-CV-04577-NC

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Crtrm: Courtroom 5 - 4th Floor
Judge: Hon. Nathanael M. Cousins

Plaintiffs Fumiko Lopez, and Fumiko Lopez, as guardian of A.L., a minor, ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS Plaintiffs filed a Class Action Complaint and Demand For Jury Trial (the "Complaint") on August 7, 2019 (ECF No. 1);

WHEREAS Plaintiffs served Apple with the Complaint on August 16, 2019 (ECF No. 22);

WHEREAS Apple's deadline to file a response to the Complaint is currently September 6, 2019;

WHEREAS the parties have agreed pursuant to N.D. Cal. Local Rule 6-1(a) to extend the deadline for Apple to file a response to the Complaint to October 21, 2019;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel, that the time for Apple to file a response to the Complaint shall be extended to on or before October 21, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 30, 2019

**DLA PIPER LLP (US)**

By: */s/ Isabelle L. Ord*

ISABELLE L. ORD
RAJ N. SHAH
AMANDA C. FITZSIMMONS
ERIC M. ROBERTS

Attorneys for Defendant
APPLE INC.

Dated: August 30, 2019

**LEXINGTON LAW GROUP**

By: */s/ Christian Levis*

MARK N. TODZO (Bar No. 168389)
ERIC S. SOMERS (Bar No. 139050)

VINCENT BRIGANTI (*pro hac vice*)
CHRISTIAN LEVIS (*pro hac vice*)
IAN SLOSS (*pro hac vice*)
**LOWEY DANNENBERG, P.C**

JOSEPH P. GUGLIELMO (*pro hac vice*)
ERIN GREEN COMITE (*pro hac vice*)
**SCOTT + SCOTT ATTORNEYS AT LAW LLP**

E. Kirk Wood (*pro hac vice*)
**WOOD LAW FIRM**

Attorneys for Plaintiffs
FUMIKO LOPEZ and FUMIKO LOPEZ as Guardian of A.L., a Minor

**ATTORNEY ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: August 30, 2019

By: */s/ Isabelle L. Ord*
ISABELLE L. ORD

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2019, I served the following document(s) described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested parties in this action by the filing of the above-described document(s) with the clerk of the United States District Court, Northern District of California, through the CM/ECF system. The CM/ECF system will send email notification of the filing to the parties and their counsel of record who are registered with the court's CM/ECF system at email address(es) provided to the court, and I hereby certify that I have mailed the afore-mentioned documents via the United States Postal Service to the non-CM/ECF participants, if any, indicated on the Electronic Mail Notice list.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on August 30, 2019, at San Francisco, California.

*/s/ Isabelle L. Ord*
ISABELLE L. ORD