LEXINGTON LAW GROUP
Mark Todzo, State Bar No. 168389
Eric Somers, State Bar No. 139050
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
esomers@lexlawgroup.com

Attorneys for Plaintiff
FUMIKO LOPEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, | Case No. 4:19-cv-04577-JSW |
| Plaintiffs, | Judge: Hon. Jeffrey S. White |
| v. | **CERTIFICATE OF SERVICE** |
| APPLE, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE
*Lopez v. Apple, Inc. – Case No. 4:19-cv-04577-JSW*
**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

On September 4, 2019, the Clerk of the Court for the United States District Court for the Northern District of California served the following document via the CM/ECF system on counsel for all parties:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 6, 2019, at San Francisco, California.

Signed: *Alexis Pearson*
Alexis Pearson