1  ISABELLE L. ORD (Bar No. 198224)
   isabelle.ord@dlapiper.com
2  AMANDA C. FITZSIMMONS (Bar No. 258888)
   amanda.fitzsimmons@dlapiper.com
3  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
4  San Francisco, CA 94105-2933
   Tel:  415.836.2500
5  Fax:  415.836.2501

6  RAJ N. SHAH (*pro hac vice*)
   raj.shah@dlapiper.com
7  ERIC M. ROBERTS (*pro hac vice*)
   eric.roberts@ dlapiper.com
8  **DLA PIPER LLP (US)**
   444 West Lake Street, Suite 900
9  Chicago, IL 60606-0089
   Tel:  312.368.4000
10 Fax:  312.236.7516

11 Attorneys for Defendant
   APPLE INC.
12

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15                            **OAKLAND DIVISION**

| | |
|---|---|
| 16 FUMIKO LOPEZ, FUMIKO LOPEZ, as guardian of A.L., a minor, LISHOMWA HENRY, JOSEPH HARMS, JOHN TROY PAPPAS, and DAVID YACUBIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a Delaware corporation, Defendant,<br><br>Defendant. | CASE NO. 5:19-CV-04577-JSW<br><br>**DECLARATION OF ISABELLE L. ORD IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  July 23, 2021<br>Time:  9:00 a.m.<br>Crtrm:  5 (2nd Floor, Oakland)<br>Judge:  Hon. Jeffrey S. White<br><br>Complaint filed:  August 7, 2019 |

I, Isabelle L. Ord, hereby declare as follows:

1. I am a partner with DLA Piper LLP (US), counsel of record to defendant Apple Inc. ("Apple") in this action. I submit this declaration in support of Apple's Motion to Dismiss the Second Amended Class Action Complaint (the "Complaint") of Plaintiffs Fumiko Lopez, Fumiko Lopez, as guardian of the minor, A.L., Lishomwa Henry, and Joseph Harms (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and the accompanying Request for Judicial Notice (the "RJN"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration.

1. Attached as **Exhibit A** is a true and correct copy of Apple's Privacy Policy, last updated on May 9, 2019 ("Apple's Privacy Policy"). At my direction, I caused a copy of Apple's Privacy Policy to be accessed through the url www.apple.com/legal/privacy/en-ww/ and printed on August 7, 2019. This version of Apple's Privacy Policy is available by accessing Archive.org's Wayback Machine Internet Archive website (https://web.archive.org/), entering the web page address and viewing the capture dated August 7, 2019, the date that Plaintiffs filed this action. I am informed and believe based on investigation of counsel that this is the same version of Apple's Privacy Policy that was publicly available through the foregoing url on August 7, 2019, the date that Plaintiffs filed this action, and that is referenced in paragraphs 2, 22, 58, 67, 154, 167-69, 175, and 177 and footnotes 9, 19, 37, 38, and 39 of the Complaint. The Court previously took judicial notice of the Privacy Policy. ECF No. 65 at 10 n.4.

2. Attached as **Exhibit B** is a true and correct copy of an Apple web page titled "This is how we protect your privacy," ("'Approach to Privacy' web page"), previously available at www.apple.com/privacy/approach-to-privacy/. At my direction, I caused a copy of this version of Apple's "Approach to Privacy" web page to be printed via Archive.org's Wayback Machine Internet Archive website (https://web.archive.org/), by accessing the Wayback Machine website, entering the web page address, and viewing the capture dated August 5, 2019, the closest capture prior to the date that Plaintiffs filed this action. I am informed and believe based on investigation of counsel that this is the same version of the "Approach to Privacy" web page that was publicly available through the foregoing url on August 7, 2019, the date that Plaintiffs filed this action, and that is

referenced in paragraphs 67 and 170 and in footnotes 20-22 and 40-42 of the Complaint. The Court previously took judicial notice of this web page. ECF No. 65 at 10 n.4.

3. Attached as **Exhibit C** is a true and correct copy of an Apple disclosure titled "Ask Siri, Dictation & Privacy" located at https://support.apple.com/en-us/HT210657. At my direction, I caused a copy of this document to be accessed and printed on December 20, 2019. I am informed and believe based on investigation of counsel that this is the same version of the "Ask Siri, Dictation & Privacy" web page that was publicly available through the foregoing url on November 7, 2019, the date that Plaintiffs filed the First Amended Class Action Complaint, and that is referenced in paragraphs 66, 171, and 172 and footnotes 17, 18, 43, and 44 of the current Complaint. The Court previously took judicial notice of this disclosure. ECF No. 65 at 10 n.4.

4. Attached as **Exhibit D** is a true and correct copy of the Apple Inc. iOS Software License Agreement ("SLA"), which became effective on February 21, 2019, available at https://www.apple.com/legal/sla/docs/iOS12.pdf. At my direction, I caused a copy of this document to be accessed and printed on December 20, 2019. This is the SLA that was publicly available through the foregoing url on November 7, 2019, the date that Plaintiffs filed the First Amended Class Action Complaint, and is referenced in paragraphs 2, 58, 92, 154, 166, 167, 169, 172, 174, and 175 and footnotes 8, 19, and 36 of the current Complaint. The Court previously took judicial notice of the SLA. ECF No. 65 at 10 n.4.

5. Attached as **Exhibit E** is a true and correct copy of An article posted on MacRumors.com titled "Apple's Machine Learning Has Cut Siri's Error Rate by a Factor of Two," dated August 24, 2016, which I caused to be obtained by following the link referenced in footnote 4 of the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 20th day of April, 2021 at Moraga, California.

/s/ *Isabelle L. Ord*
ISABELLE L. ORD