ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

RAJ N. SHAH (*pro hac vice*)
raj.shah@dlapiper.com
ERIC M. ROBERTS (*pro hac vice*)
eric.roberts@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Defendant
APPLE INC.

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, and FUMIKO LOPEZ, as guardian of A.L., a minor, LISHOMWA HENRY, and JOSEPH HARMS, JOHN TROY PAPPAS, and DAVID YACUBIAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 4:19-CV-04577-JSW<br><br>**STIPULATED STATUS UPDATE AND REQUEST TO SET MEDIATION DEADLINE** AND ORDER THEREON |

1     Pursuant to the Court's April 29, 2022 Order Granting Stipulation to Vacate Settlement

2 Scheduling Conference, Defendant Apple Inc. ("Apple") and Plaintiffs Fumiko Lopez, Fumiko

3 Lopez, as guardian of A.L., a minor, Lishomwa Henry, John Troy Pappas, and David Yacubian

4 ("Plaintiffs"; collectively with Apple, the "Parties"), on behalf of themselves and all others

5 similarly situated, through their undersigned counsel, hereby provide the following update

6 regarding their plans to engage in mediation.

7     The Parties are engaged in discovery but agree that it remains premature to engage in

8 settlement discussions at this time.  The Parties mutually agree that they will complete a private

9 mediation by October 20, 2023.[1]  This date is based on the Parties' ongoing discussions to jointly

10 request a revised case schedule, which will continue the current expert disclosure and class

11 certification deadlines for several months and request a hearing on Plaintiffs' class certification

12 motion sometime after the October 20, 2023 mediation deadline.

13

14 Dated: October 28, 2022          **DLA PIPER LLP (US)**

15

16                                   */s/ Isabelle L. Ord*
                                    Isabelle L. Ord (Bar No. 198224)
17                                  555 Mission Street, Suite 2400
                                    San Francisco, CA 94105-2933
18                                  Telephone: (415) 836-2500
                                    Facsimile:  (415) 836-2501
19                                  isabelle.ord@dlapiper.com

20 Dated:  October 28, 2022         **SCOTT+SCOTT ATTORNEYS AT LAW**

21

22                                   */s/ Erin Green Comite*
                                    Erin Green Comite (*pro hac vice*)
23                                  Joseph P. Guglielmo (*pro hac vice*)
                                    The Helmsley Building
24

25

---

[1] On November 2, 2021, the Court, in its Order Setting Pretrial and Trial Dates and Vacating Case
26 Management Conference, ECF No. 85, referred the matter to a randomly assigned magistrate judge
to conduct a settlement conference by no later than May 5, 2023.  Because the parties are electing
27 to engage in private mediation, the parties will separately file a stipulation requesting that the May
5, 2023 settlement-conference date be vacated.
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

230 Park Avenue, 17th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

John T. Jasnoch (Bar. No. 281605)
Hal D. Cunningham (Bar No. 243048)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway
Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com
hcunningham@scott-scott.com

Mark N. Todzo (Bar No. 168389)
Eric S. Somers (Bar No. 139050)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
afarah@lowey.com

E. Kirk Wood (*pro hac vice* forthcoming)
**WOOD LAW FIRM**
P. O. Box 382434
Birmingham, AL 35238
Telephone: (205) 612-0243
kirk@woodlawfirmllc.com
*Attorneys for Plaintiffs*

IT IS SO ORDERED

*Jeffrey S White*

Judge Jeffrey S. White

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

Dated:  October 31, 2022

-2-