UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 19-cv-04577-JSW<br><br>**ORDER OF REFERRAL OF DISCOVERY TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the Court HEREBY REFERS all discovery disputes to a randomly assigned Magistrate Judge for resolution. The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. After a Magistrate Judge has been assigned, all discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: July 19, 2023

_____
JEFFREY S. WHITE
United States District Judge