United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 19-cv-04577-JSW<br><br>**ORDER STRIKING MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 120 |

On July 19, 2023, this Court issued an order referring all discovery disputes to a randomly assigned Magistrate Judge for resolution and instructed that all discovery matters would be filed pursuant to the assigned Judge's procedures. (Dkt. No. 119.) On June 20, 2023, Magistrate Judge Peter H. Kang was assigned to this matter. On July 21, 2023, Plaintiffs file a motion for sanctions pursuant to Federal Rule of Civil Procedure 30(d)(2). (Dkt. No. 120.) The motion fails to comply with this Court's orders and is improperly filed before the undersigned. Accordingly, the Court STRIKES the motion and reiterates that the parties are instructed to file all discovery matters pursuant to Magistrate Judge Kang's procedures.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
JEFFREY S. WHITE
United States District Judge