UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>       Defendant. | Case No.  19-cv-04577-JSW   (SK)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Regarding Docket No. 121 |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rules 7-11 And 79-5(f) and all other papers submitted in response thereto, determines that good cause exists to seal the entirety and/or redact portions of the following documents:

| ECF No. | Ex. No | Document | Portion Sealed |
|---|---|---|---|
| 120/120-3 | Ex. A | Plaintiffs' Motion for Sanctions | Highlighted portions on pages 5–14 |
| 120-1/120-5 | Ex. B | Declaration of Andrea Farah in Support of Plaintiffs' Motion for Sanctions | Highlighted portions on pages 3, 5–7 |
| 120-3 | Ex. 2 | Apple's Reply and Objections to Plaintiffs' Rule 30(b)(6) Deposition Notice | In Entirety |
| 120-9 | Ex. 8 | Deposition Transcript of Erik Neuenschwander dated July 7, 2023 | In Entirety |
| 120-11 | Ex. 10 | Appendix containing the excerpts from the Deposition Transcript of Erik Neuenschwander | In Entirety |
| 120-12 | Ex. 11 | Video files of the Deposition Transcript of Erik Neuenschwander | In Entirety |

**IT IS SO ORDERED**.

Dated: August 3, 2023



SALLIE KIM
United States Magistrate Judge