UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 19-cv-04577-JSW  (SK)<br><br>**AMENDED ORDER ON PENDING MOTIONS TO SEAL**<br><br>Regarding Docket Nos. 140, 143 |

On October 27, 2023, Plaintiffs filed two administrative motions to consider whether another party's material should be sealed. (Dkt. Nos. 140, 143.) Upon review, the Court finds that Defendant Apple, Inc. filed the declarations as required by Northern District Local Civil Rule 79-5(f)(3). (Dkt. Nos. 145, 146.) However, Apple's requests, seeking to file the entire joint letter briefs and the entire exhibit, are overbroad. The Court RESERVES RULING on the pending motions to seal and will provide Apple with another opportunity to narrow its requests, seeking to seal only those words or phrases within those documents which would reveal confidential information. Apple shall file further declarations to make this showing by no later than December 7, 2023.

**IT IS SO ORDERED**.

Dated: November 30, 2023

_____
SALLIE KIM
United States Magistrate Judge