| | |
|---|---|
| 1 | LEXINGTON LAW GROUP, LLP |
| 2 | Mark N. Todzo, State Bar No. 168389 |
|   | Patrick R. Carey, State Bar No. 308623 |
| 3 | 503 Divisadero Street |
|   | San Francisco, CA 94117 |
| 4 | Telephone: (415) 913-7800 |
|   | Facsimile: (415) 759-4112 |
| 5 | mtodzo@lexlawgroup.com |
|   | pcarey@lexlawgroup.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as guardian of A.L., a minor, LISHOMWA HENRY, JOSEPH HARMS, JOHN TROY PAPPAS, and DAVID YACUBIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 4:19-cv-04577-JSW-SK<br><br>**NOTICE OF CHANGE OF COUNSEL** |

**TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2)(C), Eric Somers and Howard Hirsh of Lexington Law Group are hereby withdrawing as counsel of record for Plaintiffs in this matter. Counsel of record for Plaintiffs otherwise remains the same.

Dated:  January 9, 2024                         LEXINGTON LAW GROUP

*/s/ Patrick Carey*
Mark N. Todzo (State Bar No. 168389)
Patrick R. Carey (State Bar No. 308623)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

*Attorneys for Plaintiffs*