UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUMIKO LOPEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 19-cv-04577-JSW   (SK)<br><br>**ORDER REGARDING PENDING MOTIONS TO SEAL**<br><br>Regarding Docket Nos. 171, 209 |

The Court GRANTS IN PART and DENIES IN PART the motion to seal at Docket Number 171. The Court GRANTS the motion as to:

(1) The Joint Discovery Letter at: (a) lines 18 through 21 up to the end of the sentence before the word "Naturally" on page 1; (b) the words between "include more than" and "assigned to" on line 1, line 2, and the first word on line 3 on page 2; (c) the words between "purchased" and "*See*" on line 19, the part of the parenthetical before the words "for 2020" on line 21, and the parenthetical on line 24 on page 3; and (d) the words between "expenditures to" and "Plaintiffs' argument" on line 8 on page 12;

(2) The same portion of Exhibit E to the Declaration of Erin Green Comite ("Comite Decl.") that the Court sealed on February 15, 2024 (Dkt. No. 210);

(3) Exhibit F to the Comite Decl. at: (a) the last word of line 22, the rest of the sentence on line 23 before the word "Pursuant", the words between "Apple will produce the" and "that have been identified" on lines 24 and 25, the rest of line 26 after the words "during the", and the rest of the sentence on lines 27 and 28 after the words "portion of this" on page 7 and (b) lines 1 and 2 on page 8;

(4) Exhibit G to the Comite Decl. at: (a) line 24 on page 127; (b) the last word on lines

5 and 15; the words before the commas on lines 20 and 22, line 21, the word after "there on the" on line 23, and line 24 on page 128; (c) the words between "In order to" and "must" on line 9, the first word on line 13, line 18, and the first word on line 25 on page 129; (d) the words between "like the" and "I believe" on lines 15 and 16 on page 168; (e) the word after "would pull the" on line 8 and the same word on line 13 of page 169; and (f) the word after "audio and the" on line 15 and the same word on line 24 of page 185;

(5) lines 3 through 9 on page 260 of Exhibit H to the Comite Decl.;[1]

(6) the word after "words or" on line 4, the rest of the sentence on lines 8 and 9 after the words "explain the process a", the rest of the sentence on lines 17 and 18 after the words "the process of the", the response on lines 19 through 23 after the words "So it's a", and the words between "labeled as a" and "what" on line 24 on page 33 of Exhibit I to the Comite Decl.;

(7) Exhibit K to the Comite Decl.[2] at: (a) the words between "It's about" and "around the" on line 4, lines 5 through 7 on page 48; (b) the last word on line 5 and lines 6 through 12 on page 69; and (c) the length of the training program on line 1, lines 2 and 3, the first word on line 4, line 8 after the words "through a", lines 9 through 12, line 15, the words after "is with" on line 16, and the question on line 18 on page103; and

(8) Exhibit L to the Comite Decl. at: (a) the words after "But the" on line 3, line 4, line 6 except for the word "yes", the last two words on line 7, the words after "another" on line 9, line 10, and the first two words on line 11 of page 33; (b) line 4, the last word on line 8, the rest of the sentence before the words "So that's" on line 9, and line 25 except for the word "like" on page 40; and (c) lines 1 and 2, the words

---

[1] Apple is admonished that it is required to inform the Court if a portions of particular document have already been publicly filed or if the Court has determined that a portion of that document may be filed under seal. (*See*, *e.g.* Dkt. Nos. 204, 210.)

[2] Again, Apple is admonished that it is required to inform the Court if a portions of particular document have already been publicly filed or if the Court has determined that a portion of that document may be filed under seal. (*See*, *e.g.* Dkt. Nos. 204, 210.)

between "there are" and "so the" on line 3, the words before "already to" and the last word on line 4, the words between "if the" and "it doesn't" on line 5, line 6, the words after "like the" on line 7, the words except "will say" and "So for this kind of" on line 8, the words except "is kind of" on line 9, the last word on line 10, the first word and the words after "because" on line 12, line 13, the word after "pass to the" on line 14, the words after "we have" on line 15, the words in between "with the" and "and so" on line 16, the word after "will -- this" and the last word on line 17, the word after "if this" and the last two words on line 19, the words in between "it will and "If this" on line 20, and the words except "says, Oh" and "so we will" on line 21 of page 41.

The Court DENIES the motion to seal at Docket Number 171 as to the remainder. The Court GRANTS IN PART and DENIES IN PART the motion to seal at Docket Number 209. The Court GRANTS the motion as to:

(1) Plaintiff's opposition to the motion for a protective order at: (a) the words between "disclosed to" and "*Id.*" on line 11, the words between "disclosed to" and "all of the" on line 13, the words between "This" and "because" on line 14, the percentage numbers and value number on lines 15 and 16, the phrase after "(2)" on lines 17 and 18, and the parenthetical on line 19; and (b) the monetary values on pages 9 and 11 on page 4;

(2) Exhibit A to the Farah Declaration in support of Plaintiffs' opposition to the motion for a protective order ("Farah Declaration") as to the last sentence on bottom of page one of the email and the first sentence at the top of page two of the email;

(3) Exhibit B to the Farah Declaration; and

(4) the response at line ten, the words before and after "such that" on line 11, the last word on line 22, and the first word on line 23 on page 514 of Exhibit C to the Farah Declaration.

/ / /

/ / /

The Court DENIES the motion to seal at Docket Number 209 as to the remainder.

**IT IS SO ORDERED**.

Dated: March 1, 2024



SALLIE KIM
United States Magistrate Judge