```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3      Before The Honorable Sallie Kim, Magistrate Judge
 4
 5  LOPEZ,                          )
                                    )
 6          Plaintiff,              )
                                    )
 7  vs.                             )  No. C 19-04577-JSW
                                    )
 8  APPLE, INC.,                    )
                                    )
 9          Defendant.              )
10  _____ )
                                       Oakland, California
11                                     Monday, June 17, 2024
12
     TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13              RECORDING 9:54 - 9:59 = 5 MINUTES
14
    APPEARANCES:
15
    For Plaintiff:
16                             Lowey Dannenberg, P.C.
                               44 South Broadway, Suite 1100
17                             White Plains, New York 10601
                          BY:  ALESANDRA GRECO, ESQ.
18                             ANDREA FARAH, ESQ.
                               MARGARET C. MACLEAN, ESQ.
19                             RADHIKA GUPTA, ESQ.
                               CHRISTIAN LEVIS, ESQ.
20
                               Scott & Scott, LLP
21                             156 South Main Street
                               Colchester, Connecticut 06414
22                        BY:  ERIN GREEN COMITE, ESQ.
                               SEAN RUSSELL, ESQ.
23
24           (APPEARANCES CONTINUED ON NEXT PAGE)
25
```

```
 1  APPEARANCES:  (Cont'd.)

 2  For Defendant:
                              DLA Piper LLP (US)
 3                            555 Mission Street, Suite 2400
                              San Francisco, California
 4                              94105
                         BY:  ISABELLE L. ORD, ESQ.
 5
                              Morrison & Foerster, LLP
 6                            425 Market Street
                              San Francisco, California
 7                              94105
                         BY:  ARTURO J. GONZALEZ, ESQ.
 8

 9  Transcribed by:           Echo Reporting, Inc.
                              Contracted Court Reporter/
10                            Transcriber
                              echoreporting@yahoo.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  Monday, June 17, 2024                            9:54 a.m.
 2                      P-R-O-C-E-E-D-I-N-G-S
 3                             --oOo--
 4          THE CLERK:  Calling Civil Case Number 19-45776,
 5  Lopez versus Apple, Inc.
 6      Counsel, state your appearances for the record,
 7  starting with the Plaintiff.
 8          MS. FARAH (via Zoom):  Good morning, your Honor.
 9  Andrea Farah on behalf of Plaintiffs.  And from my firm,
10  Lowey Dannenberg, I also see Margaret MacLean, Christian
11  Levis and Radhika Gupta and Alesandra Greco.  From my co-
12  counsel Scott and Scott, there is Sean Russell and Erin
13  Comite, all on behalf of Plaintiffs.
14          THE COURT:  Good morning.
15          MS. FARAH:  Good morning.
16          MS. ORD (via Zoom):  Good morning, your Honor.
17  Isabelle Ord on behalf of the Defendant Apple, Inc.  With me
18  is my co-counsel Arturo Gonzalez, and our client
19  representative Anita Bamshad, is also present.  And if we
20  could ask, your Honor, assuming that we're going to talk
21  about anything on the merits, could we please go into a
22  confidential discussion for this one --
23          THE COURT:  Yes.
24          MS. ORD:  -- and take Ms. Bamshad with us?
25          THE COURT:  Yes.  Okay.
```

1     All right.  So, I got the letter briefs, and I want to
2 find out what the status is now.  Ms. Farah, why don't you
3 give me an update.  Then I'll hear from Ms. Ord.
4          MS. FARAH:  Yes, certainly.  So, your Honor, the
5 big things that are still outstanding is the sampling and
6 Interrogatory 23.
7     In terms of sampling, we are still missing the graded
8 data.  In that regard, I would just say that the -- the --
9 that the fact that the graded data is not included in the
10 production we just received came as a great surprise to us.
11 We -- we spent four and a half months talking about
12 production of graded data, talking about what form they're
13 going to have, what fields are going to be included, and,
14 you know, still, in April 15th meet and confer and the court
15 hearing, Apple was making representations that the graded
16 data is arriving.  We have received the device with the --
17 with the certain data a few days after we asked for a court
18 conference.  We realized that the graded data was missing
19 from the set, and when we reached out to Apple, that was the
20 first time we heard that the graded data is still not part
21 of their production.  And, hopefully -- which we don't know
22 -- hopefully will be given to us by June 20 --
23          THE COURT:  Okay.  So, Ms. Farah, why did you ask
24 for a hearing when the deadline hasn't passed yet?
25          MS. FARAH:  Well, your Honor, we had had deadlines

1 in our stipulations before, and regardless of that, Apple
2 still did not comply with their discovery obligations
3 without seeking the Court's extension and without informing
4 us or seeking our consent.  We are concerned that a
5 stipulation on file is not enough for Apple to comply.
6      Now, we have -- we are the ones with the upcoming
7 deadlines.  We have an expert reports deadline on June 16th,
8 followed by class cert.  We cannot afford Apple not
9 complying with -- with the production of the sampling data
10 and with Interrogatory 23 and be in a position where we
11 still have our deadlines.  So, we're hoping to -- you know,
12 I can tell you that the scheduling of the court conference
13 had a magical effect on Apple's ability to get things done.
14 Things that we couldn't get done for four and a half months
15 started happening in this last week, in the last couple of
16 days leading to the hearing.  So, you know, we just don't
17 want -- we can't sit there and wait and hope that they will
18 comply with the -- with the stipulated deadline.
19          THE COURT:  Okay.  So, let me just tell you, Ms.
20 Farah, that a court conference is not a good use of our
21 time, all of our time.  Look at all these people here.  It's
22 the court time to try to get the other side to comply with a
23 deadline that has not yet happened.  So, you know, I'm
24 puzzled as to why we're here.  I did agree to have the court
25 conference, but I -- there's no action item before me.

6

1  There's no request before me.  There's nothing before me
2  other than your concern that something might happen that
3  hasn't happened yet.  So, I'm not quite sure what to do
4  other than to tell you that let's see if Apple can meet the
5  deadline, and if they can't and you need relief, you can
6  always come back.  Judge White is pretty reasonable about
7  deadlines when there's a valid reason for it.  So, I'm at a
8  loss as to why we're here.  And I will tell you that I don't
9  think it's a good use of all of our time, not a good use of
10 my time either, to ask for a court conference.  It's kind of
11 like the boy crying wolf.  If you do that too many times, it
12 might come back to haunt you because I'm not going to take
13 it as seriously next time around.  I was concerned something
14 really wrong was happening, but now it -- you're confirming
15 what you said in your papers, which kind of surprised me,
16 which is that you're worried that a deadline is going to be
17 missed even though the deadline hasn't happened yet.
18          MS. FARAH:  Your Honor, I guess one of the things
19 I would say is that we could not get a commitment from Apple
20 one way or another.  We are not hearing from them.  We keep
21 following up through email.  And, so, for us, it was a
22 choice of do we ask the Court to compel a response and
23 update a -- a -- you know compliance with their discovery
24 obligations, and we simply asked for a conference so that
25 maybe we can -- we can at least figure out where Apple is in

1 terms of -- in terms of, you know, complying with
2 Interrogatory 23 and sampling.
3            THE COURT:  Yeah.  I'm just telling you, Ms.
4 Farah, you have relief on the back end, okay.  If Apple
5 doesn't meet its deadlines, then you can come to the court
6 and ask for relief.  As you know from this case, the Court
7 has granted relief when there's been a problem.  So, I don't
8 -- I'm not going to rule.  There's nothing to rule on.  I'm
9 just telling you that I don't think this has been a good use
10 of people's time, and I don't think it's a good request for
11 a conference when nothing bad has happened yet.  Let's put
12 it that way.  Okay.
13            MS. FARAH:  Thank you, your Honor.
14            THE COURT:  All right.  Ms. Ord, do you want to
15 make any comments?  You don't have to.
16            MS. ORD:  No.  Thank you, your Honor.
17            THE COURT:  Okay. All right. We're in recess.
18 Thank you.
19            ALL:  Thank you.
20        (Proceedings adjourned at 9:59 a.m.)
21
22
23
24
25

8

1         CERTIFICATE OF TRANSCRIBER

2

3      I certify that the foregoing is a true and correct
4 transcript, to the best of my ability, of the above pages of
5 the official electronic sound recording provided to me by
6 the U.S. District Court, Northern District of California, of
7 the proceedings taken on the date and time previously stated
8 in the above matter.
9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.



16         Echo Reporting, Inc., Transcriber
17              Monday, July 15, 2024