Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

Arturo J. Gonzalez (Bar No. 121490)
agonzalez@mofo.com
Alexis A. Amezcua (Bar No. 247507)
aamezcua@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

Purvi G. Patel (Bar No. 270702)
ppatel@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Tel.: 213.892.5200
Fax: 213.892.5454

Katie Viggiani (*pro hac vice*)
kviggiani@mofo.com
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Tel.: 212.468.8000

*Attorneys for Defendant APPLE INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as guardian of A.L., a minor, LISHOMWA HENRY, JOSEPH HARMS, JOHN TROY PAPPAS, and DAVID YACUBIAN individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No.: 4:19-cv-04577-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY OUTSTANDING DISCOVERY AND CASE DEADLINES** |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs Fumiko Lopez, Fumiko Lopez, as guardian of A.L., a minor, John Troy Pappas, and David Yacubian ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their undersigned counsel, respectfully submit this stipulated request to stay Outstanding Discovery[1] and case deadlines in the Court's case management schedule for the reasons set forth below:

**WHEREAS**, on October 23, 2024, this Court entered the eighth amended scheduling order, permitting limited discovery on specific and discrete matters to continue and setting aside various class certification-related case management deadlines to allow Parties to attend a second private mediation session; *See* ECF No. 334;

**WHEREAS**, on December 31, 2024, the Parties signed and executed a Settlement Agreement and Release ("Settlement") to resolve all claims in this case, subject to the approval of this Court;

**WHEREAS**, on December 31, 2024, Plaintiffs filed an Unopposed Motion for Preliminary Approval of the Class Action Settlement (ECF No. 336);

**WHEREAS**, the Parties have met and conferred regarding the deadlines in the existing case management schedule, and respectfully request that the Court stay Outstanding Discovery and all case deadlines in the existing case management schedule, including the forthcoming briefing on Apple's Motion for Relief from Non-Dispositive Pretrial Order (ECF No. 327), pending the Court's consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement (ECF No. 336);

**WHEREAS**, there is good cause to stay the Outstanding Discovery and all case deadlines in the existing case management schedule because it promotes judicial efficiency, and will not cause prejudice to the respective Parties and no case management issues or inefficiencies for the Court will arise because no other deadlines for the filing of dispositive motions or trial have been set;

---

[1] Outstanding Discovery refers to the pending discovery as outlined in the Stipulation and Order to Modify Case Management Schedule. ECF No. 334 at 2.

1

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by
2  and through their respective counsel, and respectfully requested that the following case management
3  deadlines be modified as set forth below:
4      1.    The deadlines to complete Outstanding Discovery are stayed, but without prejudice
5  to the Parties reserving their rights on the Outstanding Discovery, should the Settlement not be
6  approved and/or is terminated;
7      2.    All other deadlines in the existing case management schedule are stayed, including
8  the forthcoming briefing on Apple's Motion for Relief from Non-Dispositive Pretrial Order (ECF
9  No. 327), pending approval of the Settlement;
10     3.    In the event that the Settlement is not approved by this Court and/or the Settlement
11 is terminated according to its provisions, the Parties will meet and confer regarding the case
12 deadlines and submit a new case management schedule within fourteen days of any such order
13 and/or termination.

Dated: January 7, 2025                                     Respectfully submitted:

By:
*/s/Christian Levis*
Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Erin Green Comite (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820

By:
*/s/ Alexis A. Amezcua*
ARTURO J. GONZALEZ (Bar No. 121490)
agonzalez@mofo.com
ALEXIS A. AMEZCUA (Bar No. 247507)
AAmezcua@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

PURVI G. PATEL (Bar No. 270702)
ppatel@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Tel.: 213.892.5200
Fax: 213.892.5454

| | |
|---|---|
| 1  Telephone: (212) 223-6444<br>   Facsimile:  (212) 223-6334<br>2  ecomite@scott-scott.com<br>   jguglielmo@scott-scott.com<br>3<br>   John T. Jasnoch (Bar No. 281605)<br>   Hal D. Cunningham (Bar. No. 243048)<br>4  Sean C. Russell (Bar No. 308962)<br>   Victoria L. Burke (Bar No. 278676)<br>5  **SCOTT+SCOTT**<br>   **ATTORNEYS AT LAW LLP**<br>6  600 W. Broadway, Suite 3300<br>   San Diego, CA  92101<br>7  Telephone: (619) 233-4565<br>   Facsimile:  (619) 233-0508<br>8  jjasnoch@scott-scott.com<br>   hcunningham@scott-scott.com<br>9  srussell@scott-scott.com<br>   vburke@scott-scott.com | KATIE VIGGIANI (*pro hac vice*)<br>kviggiani@mofo.com<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, NY 10019<br>Tel.: 212.468.8000<br><br>*Attorneys for Defendant APPLE INC.* |

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

E. Kirk Wood (*pro hac vice* forthcoming)
**WOOD LAW FIRM**
P. O. Box 382434
Birmingham, AL 35238
Telephone: (205) 612-0243
kirk@woodlawfirmllc.com

*Attorneys for Plaintiffs*

**CASE MANAGEMENT ORDER**

The above STIPULATION AND [PROPOSED] ORDER TO STAY OUTSTANDING DISCOVERY AND CASE DEADLINES is approved as the Case Management Order for this case and all Parties shall comply with its provisions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 7, 2025

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE