**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Docket No.: 4:19-cv-04577- JSW (SK)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL |

AND NOW, upon consideration of Plaintiffs' Administrative Motion to Seal, filed January 6, 2025, and all responses and replies thereto,

IT IS HEREBY ORDERED that:

Plaintiffs' Administrative Motion to Seal is GRANTED. The following materials shall be sealed:

| **Document** | **Portion to be Sealed** |
|---|---|
| Opt-Out Letter Agreement | Entirety |

**IT IS SO ORDERED.**

DATED:  February 10, 2025          _____
                                   The Honorable Judge Jeffrey S. White
                                   United States District Court Judge