Erin Green Comite (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

John T. Jasnoch (Bar No. 281605)
Hal D. Cunningham (Bar. No. 243048)
Sean C. Russell (Bar No. 308962)
Victoria L. Burke (Bar No. 278676)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com
hcunningham@scott-scott.com
srussell@scott-scott.com
vburke@scott-scott.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page.]

Arturo J. Gonzalez (Bar No. 121490)
agonzalez@mofo.com
Alexis A. Amezcua (Bar No. 247507)
aamezcua@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

Purvi G. Patel (Bar No. 270702)
ppatel@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Tel.: 213.892.5200
Fax: 213.892.5454

Katie Viggiani (*pro hac vice*)
kviggiani@mofo.com
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Tel.: 212.468.8000

*Attorneys for Defendant APPLE INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as guardian of A.L., a minor, LISHOMWA HENRY, JOSEPH HARMS, JOHN TROY PAPPAS, and DAVID YACUBIAN individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.: 4:19-cv-04577-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND SETTLEMENT RELATED DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Fumiko Lopez, Fumiko Lopez, as guardian of A.L., a minor, John Troy Pappas, and David Yacubian ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their undersigned counsel, respectfully submit this stipulated request to extend the current settlement-related deadlines by approximately three weeks, for the reasons set forth below:

**WHEREAS**, on December 31, 2024, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement (ECF No. 336);

**WHEREAS**, on February 10, 2025, the Court granted Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 341);

**WHEREAS**, pursuant to the Court's Preliminary Approval Order ("Order"), Apple shall provide the Settlement Administrator the names and contact information for all members of the Settlement Class for whom it has records by no later than 30 days after entry of the Order, which sets the current deadline as March 12, 2025;

**WHEREAS**, while Apple is continuing to work diligently to compile the contact information for all potential members of the Settlement Class to whom notice should be provided, Apple anticipates that it will require additional time to provide that data to the Settlement Administrator, and can do so by no later than March 31, 2025;

**WHEREAS**, in light of the requested extension for Apple to provide the contact information for all potential members of the Settlement Class to whom notice should be provided to the Settlement Administrator, the parties have conferred and believe that a modification of the timing requirements in the Order is necessary and appropriate to allow the Court to hold the Final Approval Hearing as scheduled on August 1, 2025. The parties therefore jointly request that the Court enter an order modifying the settlement-related deadlines, as detailed in the table set out below.

**WHEREAS**, there have been no prior extensions of settlement-related deadlines.

**WHEREAS**, this requested extension is not made for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective Parties and no case management issues or inefficiencies for the Court will arise because of this requested extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by and through their respective counsel, and respectfully requested that the following settlement-related deadlines be extended as set forth below:

| Event | Current Timing | Current Deadline | Proposed Amended Timing | Proposed Amended Deadline |
|---|---|---|---|---|
| Apple to provide Settlement Class Member List ("Data Transfer Date") | No later than thirty (30) days after entry of the Preliminary Approval Order | March 12, 2025 | Per Apple's request, March 31, 2025 | March 31, 2025 |
| Notice to the Class commences ("Notice Date") | No later than forty-five (45) days after Data Transfer Date | April 25, 2025 | No later than thirty-three (33) days after Data Transfer Date | May 3, 2025 |
| Deadline to File Class Counsel's Motion for Attorneys' Fees and Expenses and Plaintiff's Request for Service Awards | No later than thirty-five (35) days before Objection and Exclusion Deadline | May 21, 2025 | Unchanged | May 28, 2025 |
| Claims Filing Deadline | One hundred thirty-five (135) days after entry of the Preliminary Approval Order (*i.e.*, sixty (60) days after the Notice Date) | June 25, 2025 | At least sixty (60) days after the Notice Date, and same date as Objection and Exclusion Deadline | July 2, 2025 |

| Event | Current Timing | Current Deadline | Proposed Amended Timing | Proposed Amended Deadline |
|---|---|---|---|---|
| Objection and Exclusion Deadline | At least sixty (60) days after the Notice Date, and same date as Claim Filing Deadline | June 25, 2025 | Unchanged | July 2, 2025 |
| Deadline to file Motion for Final Approval of the Settlement | No later than thirty-five (35) days before Final Approval Hearing | June 27, 2025 | Unchanged | June 27, 2025 |
| Deadline to File Opt-Out List and Settlement Administrator Declaration concerning Notice and Opt-Outs | No later than thirty-five (35) days before Final Approval Hearing | June 27, 2025 | No later than twenty-five (25) days before Final Approval Hearing | July 7, 2025 |
| Deadline to File Oppositions to Objections/Reply Memorandum in Support of Motions | No later than seven (7) days prior to the Final Approval Hearing | July 25, 2025 | Unchanged | July 25, 2025 |
| Final Approval Hearing | -- | August 1, 2025 at 9:00 a.m. PT | Unchanged | August 1, 2025 at 9:00 a.m. PT |

Dated:  March 6, 2025

By:
*/s/ Erin Green Comite*
Erin Green Comite (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820

Respectfully submitted:

By:
*/s/ Alexis A. Amezcua*
ARTURO J. GONZALEZ (Bar No. 121490)
agonzalez@mofo.com
ALEXIS A. AMEZCUA (Bar No. 247507)
AAmezcua@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street

Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
ecomite@scott-scott.com
jguglielmo@scott-scott.com

John T. Jasnoch (Bar No. 281605)
Hal D. Cunningham (Bar. No. 243048)
Sean C. Russell (Bar No. 308962)
Victoria L. Burke (Bar No. 278676)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com
hcunningham@scott-scott.com
srussell@scott-scott.com
vburke@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile:  (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA  94117
Telephone: (415) 913-7800
Facsimile:  (415) 759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

E. Kirk Wood (*pro hac vice* forthcoming)
**WOOD LAW FIRM**
P. O. Box 382434
Birmingham, AL 35238
Telephone: (205) 612-0243
kirk@woodlawfirmllc.com

*Attorneys for Plaintiffs*

San Francisco, CA 94105-2482
Tel.: 415.268.7000
Fax: 415.268.7522

PURVI G. PATEL (Bar No. 270702)
ppatel@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Tel.: 213.892.5200
Fax: 213.892.5454

KATIE VIGGIANI (*pro hac vice*)
kviggiani@mofo.com
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019
Tel.: 212.468.8000

*Attorneys for Defendant APPLE INC.*

4

1

**[PROPOSED] ORDER**

2        The above STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT

3    RELATED DEADLINES is approved and all Parties shall comply with its provisions.

4

5        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7        Dated: March 7, 2025

8                                    HON. JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT RELATED DEADLINES — 4:19-CV-04577-JSW

sf-6587356.9