Camilla Chan (SBN 241674)
cchan@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:  (310) 579-9600
Facsimile:  (310) 579-9650

Kelvin Goode (*pro hac vice forthcoming*)
ClaimsHero
Chief Legal Officer
kelvin@claimshero.io

Attorneys for DEFNE GUN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:19-cv-04577- JSW (SK)<br><br>**DECLARATION OF KELVIN GOODE IN SUPPORT OF ADMINISTRATIVE MOTION TO COMPEL ANGEION GROUP TO ACCEPT CLAIMS FORMS SUBMITTED BY COUNSEL FOR ABSENT CLASS MEMBERS** |

I, Kelvin Goode, hereby declare as follows:

1. I am the Chief Legal Officer at ClaimsHero LLC ("ClaimsHero"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto. Pursuant to the Civil Local Rules, I submit this declaration in support of Defne Gun's Administrative Motion to Compel Angeion Group to Accept Claim Forms Submitted By Counsel for Absent Class Members.

2. I am counsel for Defne Gun, a Settlement Class Member in the above-captioned action, in connection with her claim submission in this matter.

3. ClaimsHero represents a substantial number of potential Settlement Class Members in this action who wish to submit claims for settlement proceeds through counsel.

4. On May 13, 2025, ClaimsHero contacted the Settlement Administrator, Angeion Group, to coordinate the submission of claims on behalf of our clients. Despite acknowledging ClaimsHero's position as independent counsel representing potential Class Members, Angeion Group refused to allow ClaimsHero to file claims on behalf of its clients.

5. Pursuant to Civil Local Rule 7-11(a), no stipulation was obtained regarding the relief sought in this motion because Angeion Group has already taken the position that it will not accept claim forms submitted by attorneys on behalf of their clients and will not establish procedures for bulk submission of claim forms.

6. Attached hereto as Exhibit 1 is a true and correct copy of the e-mail correspondence between ClaimsHero and Angeion Group regarding the submission of claims on behalf of Settlement Class Members.

7. Attached hereto as Exhibit 2 is a true and correct copy of the Claim Form referenced in this motion.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 29th day of May, 2025 at Miami Beach, Florida.

*[signature]*

Kelvin Goode

# EXHIBIT 1



Kelvin Goode &lt;kelvin@claimshero.io&gt;

## Lopez v. Apple Settlement Bulk Submission

**Kelvin Goode** &lt;kelvin@claimshero.io&gt;    Tue, May 13, 2025 at 10:27 AM
To: lrose@angeiongroup.com
Cc: Garrett Marcotte &lt;garrett@claimshero.io&gt;

Hi Lacey,

I hope this email finds you well. We are reaching out regarding the Lopez v. Apple Inc. settlement process. We are currently working with Taylor Adessa on the Henry v. Brown (colleges) settlement, where we represent a substantial number of class members in that settlement.

For the Lopez v. Apple case, we've identified a significant number of eligible claimants within our client base and would like to submit their claims in bulk. Could you confirm whether your team will support bulk submissions for this settlement? We anticipate representing enough claimants to make this an efficient approach for both our organizations.

If bulk submission is supported, please let us know if there are any specific formatting requirements or changes from the prior process in our bulk submission for *Henry* that we should be aware of for this particular settlement.

Thanks for your continued partnership on these matters. We appreciate your assistance.

Best,
Kelvin
Kelvin Goode
CLO, ClaimsHero
Direct: (917) 859-0885
Email: Kelvin@Claimshero.io

                                                                                       Filed 05/29/25

                                                                    **Kelvin Goode <kelvin@claimshero.io>**

## Lopez v. Apple Settlement Bulk Submission

**Lacey Rose** <LRose@angeiongroup.com>                                    Tue, May 13, 2025 at 10:59 AM
To: Kelvin Goode <kelvin@claimshero.io>
Cc: Garrett Marcotte <garrett@claimshero.io>

Mr. Goode,

Please note that this case requires direct filing by the claimant and does not permit participation by third party filers. As required by the Settlement Agreement, at page 7 paragraph 8 and described in the Claim Instructions, the claim must be submitted by the Settlement Class Member.

Best,

**Lacey Rose**
*Senior Project Manager*

Angeion Group
[1650 Arch Street, Suite 2210](#)
Philadelphia, PA 19103

484-577-2315 (D)

215-525-0209 (F)
[lrose@angeiongroup.com](mailto:lrose@angeiongroup.com)
[www.angeiongroup.com](http://www.angeiongroup.com)





---

**From:** Kelvin Goode <[kelvin@claimshero.io](mailto:kelvin@claimshero.io)>
**Sent:** Tuesday, May 13, 2025 7:27 AM
**To:** Lacey Rose <[LRose@angeiongroup.com](mailto:LRose@angeiongroup.com)>
**Cc:** Garrett Marcotte <[garrett@claimshero.io](mailto:garrett@claimshero.io)>
**Subject:** Lopez v. Apple Settlement Bulk Submission

[EXTERNAL]

[Quoted text hidden]



Kelvin Goode <kelvin@claimshero.io>

## Lopez v. Apple Settlement Bulk Submission

**Kelvin Goode** <kelvin@claimshero.io>  		Wed, May 14, 2025 at 1:03 PM
To: Lacey Rose <LRose@angeiongroup.com>
Cc: Garrett Marcotte <garrett@claimshero.io>, ecomite@scott-scott.com, clevis@lowey.com

Dear Ms. Rose,

Thank you for your prompt response. I believe there may be a misunderstanding regarding our role and our request for the Lopez v. Apple Inc. settlement.

ClaimsHero is a law firm that provides representation to consumers seeking to claim their rightful share of class action settlements. We are not a third-party filing service, but rather attorneys representing tens of thousands of potential class members who owned or purchased a Siri-enabled device and experienced an unintended Siri activation during confidential or private communications between September 17, 2014 and December 31, 2024. We actively monitor our clients rights across many class actions to ensure that they are claiming money that is owed to them.

As stated in the settlement's FAQs: "You do not need to hire your own lawyer, as Class Counsel is working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services." https://lopezvoiceassistantsettlement.com/faqs.

Our clients have exercised their right to hire their own legal representation and have chosen ClaimsHero to help protect their interests in this settlement (and in others). We are not submitting claims on behalf of individuals who have not retained us; rather, we are submitting claims for our clients who have specifically engaged our services to ensure their claims are properly filed in cases where they are entitled to relief as class members.

We have successfully submitted claims in at least one other case where Angeion has been retained as a claims administrator, most recently in the Henry, et al. v. Brown University, et al. (Case No.: 1:22-cv-00125) settlement where we submitted over 1,500 claims on behalf of our clients. Given that this settlement explicitly allows class members to hire their own attorneys, we request clarification on why our firm, acting as legal counsel for our clients, would be prohibited from submitting claims on their behalf. This appears to conflict with the settlement's acknowledgment that class members may choose to be represented by their own counsel.

I am happy to hop on a call to discuss this with you and class counsel (who I've copied to this email chain). Do you have any availability this week for a call? Given the tight deadline on submission, we need to understand how best to resolve this quickly.

Best,
Kelvin
Kelvin Goode
CLO, ClaimsHero
Direct: (917) 859-0885
Email: Kelvin@Claimshero.io

[Quoted text hidden]



Kelvin Goode <kelvin@claimshero.io>

## Lopez v. Apple Settlement Bulk Submission

**Lacey Rose** <LRose@angeiongroup.com>                                     Fri, May 16, 2025 at 11:20 AM
To: Kelvin Goode <kelvin@claimshero.io>
Cc: Garrett Marcotte <garrett@claimshero.io>, "ecomite@scott-scott.com" <ecomite@scott-scott.com>, "clevis@lowey.com" <clevis@lowey.com>

Mr. Goode,

I understand your position as independent Counsel representing potential Class Members. However, per the terms of the Settlement Agreement and outlined on the Claim Form instructions, claims filed by people or entities other than the Settlement Class Member aside from authorized individuals on behalf of a minor will be rejected without opportunity to provide additional information or challenge the Settlement Administrator's determinations.

[Quoted text hidden]

# EXHIBIT 2

# CLAIM FORM

*Lopez, et al. v. Apple Inc.*
Case No. 4:19-cv-04577 (N.D. Cal.)

**Your form must be submitted online or postmarked by: July 2, 2025**

LVA

## GENERAL INSTRUCTIONS

Please read these instructions and the Notice of Proposed Class Action Settlement ("Full Class Notice") carefully and then select either the Electronic Claim Form or Printed Claim Form option at the bottom of the page. If you need assistance completing a Claim Form, if you are unable to submit the required information as described below, or if you have any questions, you should call 1-888-981-4106 or email info@LopezVoiceAssistantSettlement.com the Settlement Administrator for further instructions. Refer back to the Notice and the Settlement Agreement, which can be found online at www.LopezVoiceAssistantSettlement.com, for more information about the Settlement.

Deadline and Submission Method. Claim Forms must be either:

(1) submitted online **by no later than 11:59 p.m. Pacific Time on July 2, 2025**; or

(2) postmarked and mailed to the Settlement Administrator by **July 2, 2025,** to P.O. Box 6609, 614 Cranbury Rd, East Brunswick, NJ 08816.

Eligibility. The Settlement will provide a cash payment if you are a current or former owner or purchaser of a Siri Device, who resides in the United States or its territories, whose confidential or private communications were obtained by Apple and/or were shared with third parties as a result of an unintended Siri activation between September 17, 2014 to December 31, 2024.

The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns. Also excluded from the Settlement Class are all judicial officers assigned to this case as well as their staff and immediate families.

"Siri Device" means a Siri-enabled iPhone, iPad, Apple Watch, MacBook, iMac, HomePod, iPod touch, or Apple TV.

You may submit claims for up to five Siri Devices on which you claim to have experienced an unintended Siri activation during a conversation intended to be confidential or private. Claims must be submitted by a Settlement Class Member. Except for claims submitted by an authorized individual on behalf of a Settlement Class Member that is a minor, claims submitted by people or entities other than the Settlement Class Member will be rejected without opportunity to provide additional information or challenge the Settlement Administrator's determination.

If eligible, you will receive a *pro rata* portion of the Net Settlement Amount up to a cap of $20 per Siri Device. This amount will increase or decrease *pro rata* depending on the total number of valid claims submitted, and Siri Device(s) claimed.

Unless you request exclusion from the Settlement Class as explained in the Class Notice, you will be bound by the Settlement Agreement and Release and the Final Judgment even if you do not submit the Claim Form. If you requested exclusion from the Settlement Class, you are not eligible to receive a cash payment unless you withdraw your request for exclusion by **July 2, 2025**.

**Return your completed Claim Form to:**
**Lopez Voice Assistant Settlement Administrator, P.O. Box 6609, 614 Cranbury Rd, East Brunswick, NJ 08816**

# CLAIM FORM

| **Your form must be submitted online or postmarked by: July 2, 2025** | *Lopez, et al. v. Apple Inc.*<br>Case No. 4:19-cv-04577 (N.D. Cal.) | **LVA** |

You must fill out and submit a complete and accurate Claim Form using one of the submission methods by **July 2, 2025**. If you received an email or postcard notice from the Settlement Administrator about the Settlement, please enter the Claimant Identification Code and the Confirmation Code from the email or postcard notice on the Claim Form and the number of devices for which you are claiming in Section II. CLAIM INFORMATION. If you did not receive a Claimant Identification Code and the Confirmation Code from the Settlement Administrator but believe that you are eligible to participate in this Settlement, please provide the requested information in Section III. PURCHASE INFORMATION concerning the Siri Device(s) to be included in your claim.

If your Claim Form is incomplete, contains false information, or is not submitted by the deadline, your claim will be rejected, and you will waive all rights to receive a payment under this Settlement. The Settlement Administrator may contact you to request more information to verify your claim. The information you provide will be treated as confidential and used for the purpose of this Settlement only.

**Return your completed Claim Form to:**
**Lopez Voice Assistant Settlement Administrator, P.O. Box 6609, 614 Cranbury Rd, East Brunswick, NJ 08816**

# CLAIM FORM

| | | |
|---|---|---|
| **Your form must be submitted online or postmarked by: July 2, 2025** | *Lopez, et al. v. Apple Inc.*<br>Case No. 4:19-cv-04577 (N.D. Cal.) | **LVA** |

## I. NAME AND CONTACT INFORMATION

The Settlement Administrator will use this information for all communications relevant to this Claim Form. Note that the First and Last Name must match the information connected to the email address associated with the Siri Device(s) for which you are making a claim.

If your contact information changes after the submission of this form, please notify the Settlement Administrator in writing.

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form.

**First Name**          **Last Name**

**Street Address**

**City**          **State**          **Zip Code**

**Email Address**

## II. CLAIM INFORMATION

Please provide the Claimant Identification Code and Confirmation Code that you received. If you have a Claimant Identification Code and Confirmation Code, you must provide that information below. Once you have completed this Section, you can then skip to Section IV. You do not need to complete Section III.

**A. Claimant Identification Code: _____    Confirmation Code: _____**

Please indicate the number of Siri Devices for which you are submitting this Claim. A "Siri Device" means an iPhone, iPad, Apple Watch, MacBook, iMac, HomePod, iPod touch, or Apple TV, which you have enabled to use Siri, and purchased or owned between September 17, 2014 and December 31, 2024. There is a limit of 5 devices that can be claimed. If you did not receive a Claimant Identification and Confirmation Code from the Settlement Administrator but believe that you are eligible to participate in this Settlement, please proceed to Section III. PURCHASE INFORMATION and provide the requested information.

**# of Devices (up to 5): _____**

**Return your completed Claim Form to:**
**Lopez Voice Assistant Settlement Administrator, P.O. Box 6609, 614 Cranbury Rd, East Brunswick, NJ 08816**

| **Your form must be submitted online or postmarked by: July 2, 2025** | **CLAIM FORM**<br><br>*Lopez, et al. v. Apple Inc.*<br>Case No. 4:19-cv-04577 (N.D. Cal.) | **LVA** |

### III. PURCHASE INFORMATION

If you do not have a Claimant Identification Code and Confirmation Code, please provide your email address associated with the Siri Device(s) for which you are making a claim:

**Email Address:** _____

If you do not have a Claimant Identification Code and Confirmation Code, you may submit claims for up to <u>five</u> Siri Devices, but you must provide the information in the chart below for each Siri Device you are submitting a claim for.

If you have proof of purchase for a device (*e.g.*, a receipt or invoice) you may upload it or attach it to the Claim Form and do not need to fill out any other information for that device.

If you have the serial number, please provide the serial number for that device and the model name (*i.e.*, iPhone X).

| No. | Check here if you are providing proof of purchase. If you provide proof of purchase, you do not need to complete anything else in this chart for that Siri Device. | Serial Number | Model |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**Return your completed Claim Form to:**
**Lopez Voice Assistant Settlement Administrator, P.O. Box 6609, 614 Cranbury Rd, East Brunswick, NJ 08816**

# CLAIM FORM

**Your form must be submitted online or postmarked by: July 2, 2025**

*Lopez, et al. v. Apple Inc.*
Case No. 4:19-cv-04577 (N.D. Cal.)

LVA

---

### IV. PAYMENT SELECTION

Please select **one** of the following payment options:

☐ **Digital Check** (Enter Email Address) _____

☐ **Check** (Mailed to the address in Section I of this form)

Note: If you prefer to receive your payment via direct deposit, please complete the form online.

### V. ATTESTATIONS AND DECLARATION

For each Siri Device that you are submitting a claim, you are required to attest under penalty of perjury to each of the following statements as true. Please confirm by putting a check mark in the boxes provided:

☐ I attest that I purchased or owned the Siri Device(s) above, reside in the United States or its territories, and enabled Siri on that device/those devices;

☐ I attest that I experienced at least one unintended Siri activation;

☐ I attest that at least one of the unintended Siri activations that I experienced occurred during a conversation intended to be confidential or private.

**BY SIGNING BELOW, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL THE INFORMATION PROVIDED BY ME ON THIS CLAIM FORM IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MY CLAIM IS SUBJECT TO AUDIT, REVIEW, AND VALIDATION USING ALL AVAILABLE INFORMATION.**

_____   _____   _____
Signature of Claimant            Print Name of Claimant            Date

**REMINDER**: YOUR SETTLEMENT CLAIM FORM MUST BE SUBMITTED ONLINE BY 11:59 P.M. PACIFIC TIME ON JULY 2, 2025 **OR** POSTMARKED AND MAILED NO LATER THAN JULY 2, 2025 TO:

**Lopez Voice Assistant Settlement Administrator**
**P.O. Box 6609**
**614 Cranbury Rd**
**East Brunswick, NJ 08816**

Return your completed Claim Form to:
**Lopez Voice Assistant Settlement Administrator, P.O. Box 6609, 614 Cranbury Rd, East Brunswick, NJ 08816**