UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 4:19-cv-04577- JSW (SK)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO COMPEL ANGEION GROUP TO ACCEPT CLAIMS FORMS SUBMITTED BY COUNSEL FOR ABSENT CLASS MEMBERS** |

Before the Court is Defne Gun's Administrative Motion to Compel Angeion Group (the "Settlement Administrator") to Accept Claims Forms Submitted by Counsel for Absent Class Members. Having considered the papers, and finding that good cause exists to support the requested relief, the Court GRANTS the motion and hereby ORDERS as follows:

1. The Settlement Administrator is hereby ORDERED to accept Claim Forms submitted by attorneys on behalf of their clients; and
2. The Settlement Administrator is hereby ORDERED to adopt procedures to allow for bulk submission of claim forms.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE