UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, AS GUARDIAN OF A.L., A MINOR, LISHOMWA HENRY, JOSEPH HARMS, JOHN TROY PAPPAS, AND DAVID YACUBIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:19-CV-04577-JSW-SK<br><br>[~~PROPOSED~~] ORDER DENYING ADMINISTRATIVE MOTION TO COMPEL ANGEION GROUP TO ACCEPT CLAIM FORMS SUBMITTED BY COUNSEL FOR ABSENT CLASS MEMBERS<br><br>Judge: Hon. Jeffrey S. White<br><br>Magistrate Judge: Hon. Sallie Kim |

1  Having considered Movant Defne Gun's Administrative Motion to Compel Angeion
2  Group to Accept Claim Forms Submitted by Counsel for Absent Class Members, all papers
3  submitted in support and in opposition to the motion, and good cause appearing,
4  IT IS HEREBY ORDERED that the Administrative Motion is DENIED.
5  The Court has reviewed the Reply (Dkt. No. 363-1 and GRANTS the request to file it.

6  **IT IS SO ORDERED.**

7
8  DATED: June 13, 2025
9  Honorable Jeffrey S. White
   United States District Judge