| | |
|---|---|
| Vincent Briganti (*pro hac vice*) | Erin Green Comite (*pro hac vice*) |
| Christian Levis (*pro hac vice*) | Joseph P. Guglielmo (*pro hac vice*) |
| Margaret MacLean (*pro hac vice*) | **SCOTT+SCOTT** |
| Andrea Farah (*pro hac vice*) | **ATTORNEYS AT LAW LLP** |
| **LOWEY DANNENBERG, P.C.** | The Helmsley Building |
| 44 South Broadway, Suite 1100 | 230 Park Avenue, 24th Floor |
| White Plains, NY 10601 | New York, NY 10169-1820 |
| Telephone: 914-997-0500 | Telephone: 212-223-6444 |
| Facsimile: 914-997-0035 | Facsimile: 212-223-6334 |
| vbriganti@lowey.com | ecomite@scott-scott.com |
| clevis@lowey.com | jguglielmo@scott-scott.com |
| mmaclean@lowey.com | |
| afarah@lowey.com | |
| | |
| Mark N. Todzo (Bar No. 168389) | E. Kirk Wood (*pro hac vice*) |
| Patrick Carey (Bar No. 308623) | **WOOD LAW FIRM** |
| **LEXINGTON LAW GROUP** | P. O. Box 382434 |
| 503 Divisadero Street | Birmingham, AL 35238 |
| San Francisco, CA 94117 | Telephone: 205-612-0243 |
| Telephone: 415-913-7800 | kirk@woodlawfirmllc.com |
| Facsimile: 415-759-4112 | |
| mtodzo@lexlawgroup.com | |
| pcarey@lexlawgroup.com | |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Docket No.: 4:19-cv-04577- JSW (SK)<br><br>**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Erin Green Comite, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am an attorney duly licensed to practice before the courts of Connecticut and am admitted *pro hac vice* before this Court. I am a partner of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and counsel of record for Plaintiffs Fumiko Rodriguez (formerly known as Fumiko Lopez) (individually and as guardian of Plaintiff A.L.), John Troy Pappas, and David Yacubian (collectively, "Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. At all times relevant hereto, I served as one of Plaintiffs' Counsel for Plaintiffs and the proposed Settlement Class for purposes of the Settlement in the above-captioned action (the "Lawsuit"). I have been appointed as one of the Class Counsel for the Settlement Class in this Lawsuit. ECF No. 341, ¶5. Unless otherwise defined, capitalized terms herein have the same meaning as in the Settlement Agreement between Plaintiffs and Apple, Inc. ("Apple"). *See* ECF No. 336-2.

3. The Settlement Administrator Angeion Group caused notice to be disseminated via email ("Email Notice") to more than 143.3 million individuals who were current or former owners or purchasers of Siri Devices and had a valid email address. *See* Declaration of Steven Weisbrot Re: Notice and Administration ¶¶7, 10 (filed concurrently herewith). Notably, the number of people who were sent Email Notice is materially greater than the number of Settlement Class Members; consequently, the actual claims rate is higher. Those sent Email Notice includes people who did not enable the Siri function or experience an unintended Siri activation, or if they did experience an unintended Siri activation, it did not occur during a conversation intended to be confidential or private, and thus, are not eligible to participate in the Settlement. Public reports

indicate that 85.2 million people in the United States use Siri.[1] Thus, using this as a conservative estimate for the Settlement Class size, the actual claims rate is approximately 2.57%, given that Angeion has received more than 2,191,000 Claim Forms. Weisbrot Decl. ¶20. Even this estimated Settlement Class size is overinclusive, as it would include Siri Device owners and purchasers who did not experience an unintended Siri activation during a conversation intended to be confidential or private, as is required to submit a claim under the Settlement.

4. Class Counsel have answered hundreds of questions by email and phone and worked with Angeion to effectively resolve any issues encountered by members of the Settlement Class.

5. Based on the current number of claims submissions, Class Counsel anticipate there will not be any *cy pres* as the number of claimants indicates the Net Settlement Amount is likely to be fully distributed.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on June 27, 2025, in Colchester, Connecticut.

*/s/ Erin Green Comite*
Erin Green Comite

---

[1] Albert Mosby, *62 Voice Search Statistics 2025 (Number of Users & Trends)*, YAGUARA.CO: HOW MANY PEOPLE USE SIRI? (May 21,2025), https://www.yaguara.co/voice-search-statistics/#:~:text=4.,a%20voice%20assistant%20every%20week.

## **CERTIFICATE OF SERVICE**

I, Erin Green Comite, certify that on June 27, 2025, the foregoing document entitled DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

*/s/ Erin Green Comite*
Erin Green Comite