UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FUMIKO LOPEZ, FUMIKO LOPEZ, as
guardian of A.L., a minor, JOHN TROY
PAPPAS, and DAVID YACUBIAN,
individually and on behalf of all others
similarly situated,

             Plaintiffs,

    v.

APPLE INC.,

             Defendant.

Case No. 4:19-cv-04577-JSW-SK

**DECLARATION OF STEVEN WEISBROT
RE: NOTICE AND ADMINISTRATION**

I, **STEVEN WEISBROT**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1.     I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2.     My credentials were provided in my prior declaration outlining the Proposed Notice Plan in this settlement ("Notice Plan Declaration") (ECF No. 336-8).

3.     Angeion was appointed by this Court to serve as Settlement Administrator to supervise and administer the Notice plan, establish and operate the Settlement Website, administer the claims processes, distribute Class Payments according to the processes and criteria set forth in the Settlement Agreement, and perform any other duties that are reasonably necessary and/or provided for in the Settlement Agreement. *See* Order Granting Motion for Preliminary Approval of Class Action Settlement; Preliminarily Certifying Settlement Class; and Approving Form and Content of Class Notice ("Preliminary Approval Order") (ECF No. 341).

4.     Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendant Apple Inc. ("Defendant" or "Apple"), or Defendant's Counsel.

5.      The purpose of this declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

## CAFA NOTICE

6.      On January 10, 2025, pursuant to 28 U.S.C. § 1715, on behalf of Defendant, Angeion caused notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all U.S. states and territories, as well as the Attorney General of the United States. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A.**

## OVERVIEW OF THE NOTICE PLAN

7.      As described in the Notice Plan Declaration, the Notice Plan provided for direct notice via email to all reasonably identifiable current or former owners or purchasers of a Siri Device[1] based on Apple's records, along with the development of a state-of-the-art media notice campaign, and the implementation of a dedicated Settlement Website and toll-free telephone line where members of the Settlement Class can learn more about their rights and options pursuant to the terms of the Settlement.

## CLASS DATA

8.      On or about April 1, 2025, Defendant provided Angeion with a data file for purposes of Notice containing the names, mailing addresses, email addresses, and serial numbers of current or former owners or purchasers of a Siri Device.  A subset of these individuals are members of the Settlement Class. Angeion reviewed the data file and removed duplicative records and records with a foreign mailing address, resulting in 161,076,152 unique records ("Notice List").

## DIRECT NOTICE

**Email Notice**

9.      Prior to disseminating notice, Angeion performed an email address update to help ensure the accuracy of the recipient email addresses. This email cleansing process removed extra spaces, fixed common typographical errors in domain names, and corrected insufficient domain

---

[1] "Siri Device" is defined under the Settlement Agreement as "a Siri-enabled iPhone, iPad, Apple Watch, MacBook, iMac, HomePod, iPod touch, or Apple TV."

Declaration of Steven Weisbrot re: Notice & Administration

suffixes (e.g., gmal.com to gmail.com, gmail.co to gmail.com, yaho.com to yahoo.com, etc.). After the cleansing process standardized the email addresses, those email addresses were then subjected to an email validation process whereby each email address was compared to known bad email addresses. Additionally, the email addresses were further verified by contacting the Internet Service Provider ("ISP") to determine if the email addresses exist. As a result of the email cleansing process, Angeion identified 143,367,309 valid email addresses and 17,708,843 invalid email addresses.

10. Commencing on May 2, 2025, Angeion caused notice to be disseminated via email ("Email Notice") to the 143,367,309 individuals who had a valid email address. A true and accurate copy of the Email Notice is attached hereto as **Exhibit B**.

11. Of the 143,367,309 Email Notices sent, 138,545,147 were delivered (approximately 96.64%) and 4,822,162 bounced back as undeliverable (approximately 3.36%).

12. Angeion performed an email change of address search on the emails that bounced back as undeliverable and obtained 1,120,872 updated email addresses to which Angeion sent an Email Notice.

**Reminder Email Notice**

13. Commencing on June 24, 2025, Angeion caused a reminder notice to be disseminated via email ("Email Reminder Notice") to the 61,748,703 individuals on the Notice List who had a valid email address, did not open their Email Notice, and had not submitted a Claim Form. A true and correct copy of the Reminder Email Notice is attached hereto as **Exhibit C**.

<u>**MEDIA NOTICE**</u>

14. On May 2, 2025, Angeion commenced the state-of-the-art media notice campaign, consisting of internet banner advertisement notice, social media notice via a leading social media platform, and a paid search campaign. The digital notices were implemented using a desktop and mobile campaign, and included an embedded link to the Settlement Website. The social media portion of the campaign was implemented on the social media platform's desktop sites, mobile sites, and mobile apps. The media notice campaign ran for 4 weeks and was designed to deliver

Declaration of Steven Weisbrot re: Notice & Administration

approximately 9,140,000 digital impressions. The media campaign **exceeded expectations**, delivering over 14 million digital impressions.

15.     True and accurate copies of the internet banner ads and social media ad are attached hereto as **Exhibits D and E,** respectively.

<u>**MEDIA MONITORING**</u>

16.     Members of our media team used advanced software to garner the impact of the earned media in this Settlement. The Settlement has received over 1,350 pieces of online coverage, which in turn resulted in an estimated 157,000 social media engagements. In practice, this means that combined, approximately 77.4 million users reviewed coverage about the Settlement. Attached hereto as **Exhibit F** is a summary of the earned media garnered, as well as highlights of the earned media.

<u>**SETTLEMENT WEBSITE**</u>

17.     On January 17, 2025, at the request of the Parties, Angeion activated the case-specific website dedicated to this Settlement, **www.LopezVoiceAssistantSettlement.com** (the "Settlement Website"), to provide a status of the litigation in light of the media attention the Settlement had garnered.

18.     On May 2, 2025, Angeion activated the fulsome Settlement Website, in both English and Spanish, where members of the Settlement Class are able to file a claim directly on the website or download and print the Claim Form to be completed and mailed via the USPS. Also on the Settlement Website, members of the Settlement Class can easily view general information about the Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. The Settlement Website was designed to be user-friendly and makes it easy for members of the Settlement Class to find information about the case, including answers to frequently asked questions. Plaintiffs' Counsel's Notice of Motion and Motion for Fee Award and Expenses and Plaintiffs' Application for Service Awards and all supporting declarations and exhibits also were posted to the Settlement Website on May 29, 2025.  The Settlement Website also has a "Contact" page whereby members of the Settlement Class can send additional questions to a dedicated email address, info@LopezVoiceAssistantSettlement.com. Angeion has received

Declaration of Steven Weisbrot re: Notice & Administration

92,760 emails and has responded to 92,350 of those emails thus far. As of the date of this declaration, the Settlement Website has received 7,992,545 website visits by 5,351,048 unique users, totaling 14,013,073 pageviews.

## TOLL-FREE HOTLINE

19.     On May 2, 2025, Angeion activated the following toll-free number, in both English and Spanish, dedicated to this Settlement: 1-888-981-4106. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide members of the Settlement Class with responses to frequently asked questions and provide essential information regarding the Settlement as well as an option to speak with a live operator during business hours. This hotline is accessible 24 hours a day, 7 days a week.  As of the date of this declaration, the IVR has received 24,881 calls totaling 91,977 minutes and live operators have received or returned 3,370 calls totaling 19,230 minutes.

## CLAIM FORMS

20.     The deadline for members of the Settlement Class to submit a Claim Form is July 2, 2025. As of June 26, 2025, Angeion has received 2,263,907 Claim Form submissions. Based on the 143,367,309 individuals sent an Email Notice, this represents a 1.58% claims submission rate, which is typical of cases with similar circumstances.

21.     These claim form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

## EXCLUSIONS & OBJECTIONS

22.     The deadline for members of the Settlement Class to request exclusion from the Settlement is July 2, 2025. As of the date of this declaration, Angeion has received 339 requests for exclusion.

23.     The deadline for members of the Settlement Class to submit an objection to the Settlement is July 2, 2025. As of the date of this declaration, Angeion has been made aware of four (4) written objections filed directly with the Court, three (3) of which were filed by the same individual.

## SETTLEMENT ADMINISTRATION COSTS

24.     Through May 31, 2025, Angeion has incurred approximately $875,732.18 in costs to provide notice and administration services for this Settlement. Angeion estimates there will be approximately $2,525,000.00 in future administrative costs through the conclusion of this Settlement.

## CONCLUSION

25.     The direct notice campaign successfully delivered notice via email to 138,545,147 individuals on the Notice List, which represents a 96.64% delivery rate. Additionally, the media notice campaign delivered over 14 million impressions to potential Settlement Class Members, while the earned media concerning the Settlement provided additional awareness.

26.     While precise reach is not calculable given the unknown Settlement Class size, it remains my professional opinion that the Notice Plan implemented in this Settlement provided full and proper notice to members of the Settlement Class before the applicable response deadlines, and that the Notice Plan is the best notice practicable under the circumstances, fully comporting with due process, Fed. R. Civ. P. 23 and the Northern District's Procedural Guidance for Class Action Settlements.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of June, 2025, at Parkland, Florida.

STEVEN WEISBROT

# EXHIBIT A



JANUARY 10, 2025

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**
     *Lopez v. Apple Inc.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** Lopez v. Apple Inc.
> **Case Number:** 4:19-cv-04577-JSW
> **Jurisdiction:** United States District Court, Northern District of California
> **Date Settlement Filed with Court:** December 31, 2024

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the below-listed documents associated with this action available at https://www.angeiongroup.com/cafa.

1.  **28 U.S.C. § 1715(b)(1)-Complaint:** The *Class Action Complaint* was filed with the Court on August 7, 2019. The *Amended Class Action Complaint* was filed with the Court on November 7, 2019. The *Second Amended Class Action Complaint* was filed with the Court on March 17, 2021.

2.  **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** A hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement is scheduled for February 14, 2025 at 9:00 a.m., before the Honorable Jeffrey S. White. There are no other judicial hearings currently scheduled. The most up-to-date information for both hearings may be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

3.  **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The *Full Class Notice*, *Email Notice*, and *Postcard Notice* were filed with the Court on December 31, 2024.

4.  **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Settlement Agreement and Release*, Plaintiffs' *Unopposed Motion for Preliminary Approval of Class Action Settlement*, and the Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement were filed with the Court on December 31, 2024.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the *Settlement Agreement and Release*, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgement or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members**:  While the exact number of Settlement Class Members remains unknown at this time, it is estimated that the Settlement Class contains at least tens-of-millions of purchasers and owners of Siri Devices located throughout the United States and its territories.  It is currently not feasible for Apple to ascertain the number of Settlement Class Members who reside in each state and proportionate share of the claims of such members to the entire settlement as contemplated by 28 U.S.C. § 1715(b)(7)(B). However, Apple anticipates that the Settlement Class is sufficiently numerous as to include Settlement Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia.

8. **28 U.S.C. §1715(b)(8)-Written Judicial Opinions Related to the Settlement**:  The Court has not issued a written judicial opinion related to the Settlement at this time.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
info@angeiongroup.com
(p) 215-563-4116

**Enclosures**

# EXHIBIT B

# If you owned or purchased a Siri-enabled device and experienced an unintended Siri activation during a confidential or private communication between September 17, 2014, and December 31, 2024, you should read this Notice as it may impact your legal rights

«First Name» «Last Name»
Claimant Identification Code: «Notice ID»
Confirmation Code: «Confirmation Code»

A settlement has been reached with Apple Inc. ("Apple") in a class action lawsuit brought on behalf of current or former owners or purchasers of a Siri-enabled iPhone, iPad, Apple Watch, MacBook, iMac, HomePod, iPod touch, or Apple TV ("Siri Device/Devices") whose confidential or private communications were allegedly obtained by Apple and/or shared with third parties as a result of an unintended Siri activation. Apple denies all of the allegations made in the lawsuit and denies that Apple did anything improper or unlawful. The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Apple. The United States District Court for the Northern District of California approved this notice.

- **Why am I receiving this notice?**

Apple's records indicate that you may be a member of the Settlement Class and may be entitled to receive a payment. You are a member of the Settlement Class if you are a current or former owner or purchaser of a Siri Device, you reside in the United States or its territories, and your confidential or private communications were obtained by Apple and/or were shared with third parties as a result of an unintended Siri activation between September 17, 2014 to December 31, 2024. Under the terms of the Settlement, you are eligible to submit a Claim Form to receive a payment if the Court approves the Settlement and it becomes final.

- **What does the Settlement provide?**

Apple has agreed to pay $95 million into a settlement fund. After deducting Court-approved attorneys' fees and expenses, Service Awards, and the costs of notice and settlement administration (including any taxes), payments will be made from the Net Settlement Amount to Settlement Class Members who submit a valid and timely Claim Form. For more information about how distributions will be made to Settlement Class Members, please visit **www.LopezVoiceAssistantSettlement.com.**

- **What are the expected payments?**

Settlement Class Members may submit claims for up to five Siri Devices on which they claim to have experienced an unintended Siri activation during a conversation intended to be confidential or private. Settlement Class Members who submit valid claims shall receive a pro rata portion of the Net Settlement Amount for a Class Payment up to a cap of $20 per Siri Device. The amount available to Settlement Class Members will increase or decrease pro rata depending on the total number of valid claims submitted, and Siri Devices claimed. The final amount will not be known until all claims are evaluated. The plan of allocation is described in detail in the Settlement Agreement available at **www.LopezVoiceAssistantSettlement.com**. Depending on the total number of valid claims, this Plan of Allocation is subject to modification by agreement of the Parties without further notice to members of the Settlement Class, provided any such modification is approved by the Court.

- **How do I file a claim?**

**In order to receive a payment, you must complete and submit a valid Claim Form by July 2, 2025**. You may submit claims for up to five Siri Devices. Claims may be submitted online at **www.LopezVoiceAssistantSettlement.com** or mailed to the address on the form. If you submit a Claim Form by mail, it must be post-marked by **July 2, 2025**. The Claim Form requires that you confirm or update your current contact information and confirm the following under oath: from September 17, 2014 to December 31, 2024, (i) you purchased or owned a Siri Device in the United States or its territories and enabled Siri on that device, (ii) you experienced an unintended Siri activation, and (iii) the unintended Siri activation you experienced occurred during a conversation intended to be confidential or private.

You can access the Claim Form on **www.LopezVoiceAssistantSettlement.com**. If you received an email or postcard with a Claimant Identification Code and Confirmation Code notifying you about the Settlement, use these codes when making a claim. If you did not receive an email or postcard about the Settlement and don't have a Claimant Identification Code and Confirmation Code, but believe you are a member of the Settlement Class, you may still make a claim by going to www.LopezVoiceAssistantSettlement.com and following the instructions on how to submit a Claim Form. You may elect to receive payment by physical check, electronic check, or Automated Clearing House ("ACH," a/k/a direct deposit). If you do not complete and submit a valid Claim Form, you will not receive a payment.

**For more information and to review the full notice, please visit www.LopezVoiceAssistantSettlement.com.**

- **What are my other options?**

You can do nothing, exclude yourself or object. If you do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement Agreement, you must exclude yourself from it by **July 2, 2025**. Unless you exclude yourself, you will not be able to sue or continue to sue Apple for any claim arising out of or related to the claims in this case. If you stay in the Settlement (*i.e.*, do not exclude yourself), you may object to it or ask for permission

for you or your own lawyer to appear and speak at the Final Approval Hearing – at your own cost – but you do not have to do so.

A copy of Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and for Service Awards will be available at **www.LopezVoiceAssistantSettlement.com** by **May 28, 2025**. You can object to the requested award of attorneys' fees and expenses to Plaintiffs' Counsel or Service Awards to the Class Representatives.

Objections to the Settlement, attorneys' fees, and/or Service Awards and requests to appear are due by **July 2, 2025**. The Final Approval Hearing will be held on **August 1, 2025, at 9:00 a.m.**, at the United States District Court for the Northern District of California, Oakland Courthouse, 1301 Clay Street, Courtroom 5 – 2nd Floor, Oakland, CA 94612.

More information about your options is in the detailed notice available at **www.LopezVoiceAssistantSettlement.com**, or you may contact the Settlement Administrator with any questions:

**Lopez Voice Assistant Settlement Administrator**
**P.O. Box 6609**
**614 Cranbury Rd**
**East Brunswick, NJ 08816**
**1-888-981-4106**
**info@LopezVoiceAssistantSettlement.com**

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.**

To unsubscribe from this list, please click on the following link: Unsubscribe

# EXHIBIT C

If you experienced an unintended Siri voice assistant activation during a private conversation, a class action settlement may affect your rights.

**LEARN MORE**

If you experienced an unintended Siri voice assistant activation during a private conversation, a class action settlement may affect your rights.

LEARN MORE

If you experienced an unintended Siri voice assistant activation during a private conversation, a class action settlement may affect your rights.

LEARN MORE

If you experienced an unintended Siri voice assistant activation during a private conversation, a class action settlement may affect your rights.

**LEARN MORE**

If you experienced an unintended Siri voice assistant activation during a private conversation, a class action settlement may affect your rights.

LEARN MORE

If you experienced an unintended Siri voice assistant activation during a private conversation, a class action settlement may affect your rights.

**LEARN MORE**

# EXHIBIT D

**Sponsored**

 www.example.com/

## Unintended Voice Assistant - During Private Conversation

Unintended Siri voice assistant activation during a private conversation? A class action settlement may affect your rights.

# EXHIBIT E

## <u>REMINDER TO SUBMIT FORM TO RECEIVE UP TO $20 PER SIRI DEVICE</u>

## <u>CLAIM FORM SUBMISSION DEADLINE IS ON JULY 2, 2025</u>

«First Name» «Last Name»
Claimant Identification Code: «Notice ID»
Confirmation Code: «Confirmation Code»

If you owned or purchased a Siri enabled device and experienced an unintended Siri activation during a confidential or private communication between September 17, 2014 and December 31, 2024, you could get a payment from a class action settlement.

**You received this notice because Apple's records indicate that you may be a member of the Settlement Class and may be entitled to receive payment.**

Claimants may receive up to **$20** per Siri Device. The amount available to Settlement Class Members will increase or decrease pro rata depending on the total number of valid claims submitted, and Siri Devices claimed.

**To receive payment, you <u>must</u> submit a Claim Form by no later than July 2, 2025.**

SUBMIT CLAIM FORM

### QUESTIONS?

More detailed information, including the full Notice and Settlement Agreement, is available at www.LopezVoiceAssistantSettlement.com, or by calling 1-888-981-4106.

**If you have already filed your Claim Form prior to receiving this notice, please disregard.**

# EXHIBIT F



**Lopez v. Apple Inc.**

# Campaign Overview

## Total Mentions
Jan 1 - Jun 23

**1.35**k

Mentions

## Total Potential Editorial R...
Jan 1 - Jun 23

**8.92**B

Reach

## Mentions Trend by News Media Type
Jan 1 - Jun 23



## Top Publications by Mentions
Jan 1 - Jun 23



## Engagement Trend by Source Type
Jan 1 - Jun 23



# Coverage Overview

## Online News



 MSN.com · Suzanne Blake
**News** | US | May 9 · 2:28 PM
**Apple $95 Million Settlement: Heres Whos Eligible, How to File a Claim**
... did anything improper or unlawful. What To Know The class-action *lawsuit, Lopez v. Apple* Inc., alleged that the tech giant infringed on ...
110M Reach   0 Social Echo



 MSN.com · Thomas Kika
**News** | US | May 10 · 7:15 AM
**How to File a Claim for Your Share of Apples $95 Million Siri Privacy Settlement**
... settlement checks . Who sued Apple and why? This class action *lawsuit, Lopez* et al v. *Apple* Inc ., was first brought against Apple in ...
110M Reach   0 Social Echo

 CNN · Lisa Eadicicco
**News** | US | May 14 · 12:26 PM
**Apple may owe you money. Here's how to get it**
... should have received an email at the address linked to their *Apple* ID with the subject line: *"Lopez Voice Assistant Class Action* ...
107M Reach   81 Social Echo

 USA Today · Mary Walrath-Holdridge
**News** | US | May 14 · 2:20 PM
**Lopez vs. Apple: What to know about case involving Siri that triggered $95M settlement**
The *Lopez v. Apple lawsuit* alleges that the company was eavesdropping on users. Customers may be entitled to part of the resulting
71.2M Reach   55 Social Echo

 Axios · Kelly Tyko
**News** | US | May 12 · 9:00 PM
**How to claim part of Apples $95 million Siri lawsuit settlement**
... improper or unlawful," according to the settlement website. *Lopez v. Apple lawsuit* Catch up quick: In 2019, Apple suspended a program ...
15.3M Reach   53 Social Echo



 WIRED · Andy Vasoyan
**News** | US | Jun 9 · 2:30 AM
**I Joined Every Class Action Lawsuit I Could Find, and So Can You**
... Juul for targeting teens, and the very, very recent *Lopez v. Apple* Inc. *settlement* , which could give folks $20 per Siri-enabled ...
13M Reach   107 Social Echo

 The Economic Times · ET Online
**News** | IN | May 15 · 1:18 AM
**Apple's $95 million Siri settlement explained: Who qualifies, how much you'll get, and how to claim**
... eligible users via email or postcard (subject line: *"Lopez Voice Assistant Class Action* Settlement') sent to their Apple ID email address. ...
12.5M Reach   2 Social Echo

 ZDNet · Lance Whitney
**News** | US | yesterday · 1:41 PM
**Only days left to claim your share of Apples $95 million Siri settlement - heres how before you lose out**
... act fast, as the deadline to submit your claim is days away. A *settlement* page recently published in the case of *Lopez v. Apple* Inc. ...
10M Reach   5 Social Echo

Nasdaq · Pete Grieve
**News** | US | May 13 · 10:17 AM
**Apple User? Here's How to Get a Slice of the $95 Million Siri Lawsuit Payout**
... never sold it to anyone for any purpose." Nevertheless, the *Lopez v. Apple lawsuit* has raised privacy concerns and added to Americans' ...
6.74M Reach   0 Social Echo

 Boston.com · Washington Post
**News** | US | May 16 · 11:57 AM
**Here's how to claim your piece of Apple's $95 million Siri settlement**
... for a postcard or an email with the subject line *"Lopez Voice Assistant Class Action* Settlement"; these will contain a claimant ID code ...
3.75M Reach   2 Social Echo

# Social Mentions

## Social Reach Trend by Source Type
Jan 1 - Jun 23



## Top Posters by Social Reach
Jan 1 - Jun 23



| | |
|---|---|
| @grok | 23.6M |
| @pcmag | 404k |
| @wtnh | 307k |
| @askperplexity | 270k |
| @amylynnorg | 240k |

## Top X Posters by Mentions
Jan 1 - Jun 23



| | |
|---|---|
| @grok | 6 |
| @anima__vestra__ | 2 |
| @amylynnorg | 2 |
| @dubious_buoy | 2 |
| @wfmginc | 2 |

# Advertising Value Equivalence

### Total AVE
Jan 1 - Jun 23

# 82.5M
USD

### AVE by News Media Type
Jan 1 - Jun 23



● Online     100%

### AVE Trend
Jan 1 - Jun 23



● New Lopez v. Apple Inc.