1  Vincent Briganti (*pro hac vice*)                Erin Green Comite (*pro hac vice*)
   Christian Levis (*pro hac vice*)                 Joseph P. Guglielmo (*pro hac vice*)
2  Margaret MacLean (*pro hac vice*)                **SCOTT+SCOTT**
   Andrea Farah (*pro hac vice*)                    **ATTORNEYS AT LAW LLP**
3  **LOWEY DANNENBERG, P.C.**                       The Helmsley Building
   44 South Broadway, Suite 1100                    230 Park Avenue, 24th Floor
4  White Plains, NY 10601                           New York, NY 10169-1820
5  Telephone: 914-997-0500                          Telephone: 212-223-6444
   Facsimile:  914-997-0035                         Facsimile:  212-223-6334
6  vbriganti@lowey.com                              ecomite@scott-scott.com
   clevis@lowey.com                                 jguglielmo@scott-scott.com
7  mmaclean@lowey.com
   afarah@lowey.com
8

9  Mark N. Todzo (Bar No. 168389)                   E. Kirk Wood (*pro hac vice*)
   Patrick Carey (Bar No. 308623)                   **WOOD LAW FIRM**
10 **LEXINGTON LAW GROUP**                          P. O. Box 382434
   503 Divisadero Street                            Birmingham, AL 35238
11 San Francisco, CA 94117                          Telephone: 205-612-0243
   Telephone: 415-913-7800                          kirk@woodlawfirmllc.com
12 Facsimile:  415-759-4112
13 mtodzo@lexlawgroup.com
   pcarey@lexlawgroup.com
14

15 *Counsel for Plaintiffs*

16                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
17                         **OAKLAND DIVISION**

18                                                  Docket No.: 4:19-cv-04577-JSW (SK)

19 FUMIKO LOPEZ, FUMIKO LOPEZ, as
   Guardian of A.L., a Minor, JOHN TROY             **PLAINTIFFS' REVISED NOTICE OF**
20 PAPPAS, and DAVID YACUBIAN, Individually          **MOTION AND MOTION FOR FINAL**
   and on Behalf of All Others Similarly Situated,  **APPROVAL OF CLASS ACTION**
21                                                  **SETTLEMENT [ECF NO. 365]**
                         Plaintiffs,
22                                                  Judge: Hon. Jeffrey S. White
23 v.                                               Courtroom: 5, 2nd Floor
                                                    Date: August 22, 2025
24 APPLE INC.,                                      Time: 9:00 a.m.

25                       Defendant.

26

27

28

**REVISED NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 22, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-captioned Court, in Courtroom 5 of the United States District Court for the Northern District of California via Zoom videoconference, the Honorable Jeffrey S. White presiding, Plaintiffs Fumiko Rodriguez (formerly known as Fumiko Lopez), individually and as guardian of A.L., John Troy Pappas, and David Yacubian ("Plaintiffs"), through their undersigned counsel and on behalf of the proposed Settlement Class, will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an Order: (i) granting final certification of the proposed Settlement Class; (ii) granting final approval of the proposed Settlement with Apple Inc. ("Apple") and the proposed plan of allocation; (iii) finding that the Court-approved notice plan was implemented and satisfies due process; and (iv) dismissing with prejudice Plaintiffs' and Settlement Class Members' claims against Apple.

The Motion is based upon this Notice of Motion and Motion filed at ECF No. 365, the Memorandum of Law, the Joint Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Joint Decl.") (ECF No. 336-1), including the Settlement Agreement and Release ("Settlement" or "Settlement Agreement" or "SA") (ECF No. 336-2) and other exhibits attached thereto (ECF Nos. 336-3 to 336-9), the Declaration of Christian Levis in Support of Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards ("Levis Decl.") (ECF No. 354-1), the Declaration of Steven Weisbrot Re: Notice and Administration ("Weisbrot Decl.") and the exhibits attached thereto, the Declaration of Erin Green Comite ("Comite Decl."), the pleadings and records on file in this Lawsuit, the proposed Final Approval Order and Judgment submitted thereto, and, other such matters and argument as the Court may consider at the hearing of this Motion.

On these grounds, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion and enter the proposed Final Approval Order and Judgment.

1

PLAINTIFFS' REVISED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
[ECF NO. 365]
Case No. 4:19-cv-04577

| | | |
|---|---|---|
| 1 | Dated: July 2, 2025 | Respectfully submitted, |
| 2 | | */s/ Erin Green Comite* |
| 3 | | Erin Green Comite (*pro hac vice*) |
| | | Joseph P. Guglielmo (*pro hac vice*) |
| 4 | | **SCOTT+SCOTT** |
| | | **ATTORNEYS AT LAW LLP** |
| 5 | | The Helmsley Building |
| | | 230 Park Avenue, 24th Floor |
| 6 | | New York, NY 10169-1820 |
| 7 | | Telephone: 212-223-6444 |
| | | Facsimile:  212-223-6334 |
| 8 | | ecomite@scott-scott.com |
| | | jguglielmo@scott-scott.com |
| 9 | | |
| 10 | | Vincent Briganti (*pro hac vice*) |
| | | Christian Levis (*pro hac vice*) |
| 11 | | Margaret MacLean (*pro hac vice*) |
| | | Andrea Farah (*pro hac vice*) |
| 12 | | **LOWEY DANNENBERG, P.C.** |
| | | 44 South Broadway, Suite 1100 |
| 13 | | White Plains, NY 10601 |
| 14 | | Telephone: 914-997-0500 |
| | | Facsimile:  914-997-0035 |
| 15 | | vbriganti@lowey.com |
| | | clevis@lowey.com |
| 16 | | mmaclean@lowey.com |
| | | afarah@lowey.com |
| 17 | | |
| 18 | | *Class Counsel* |
| 19 | | Mark N. Todzo (Bar No. 168389) |
| | | Patrick Carey (Bar No. 308623) |
| 20 | | **LEXINGTON LAW GROUP** |
| | | 503 Divisadero Street |
| 21 | | San Francisco, CA 94117 |
| 22 | | Telephone: 415-913-7800 |
| | | Facsimile:  415-759-4112 |
| 23 | | mtodzo@lexlawgroup.com |
| | | pcarey@lexlawgroup.com |
| 24 | | |
| 25 | | E. Kirk Wood (*pro hac vice*) |
| | | **WOOD LAW FIRM** |
| 26 | | P. O. Box 382434 |
| | | Birmingham, AL 35238 |
| 27 | | Telephone: 205-612-0243 |
| | | kirk@woodlawfirmllc.com |
| 28 | | |

2

*Additional Plaintiffs' Counsel*

3

PLAINTIFFS' REVISED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
[ECF NO. 365]
Case No. 4:19-cv-04577

# CERTIFICATE OF SERVICE

I, Erin Green Comite, certify that on July 2, 2025, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

                                              */s/ Erin Green Comite*
                                               Erin Green Comite (*pro hac vice*)

4

PLAINTIFFS' REVISED NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
[ECF NO. 365]
Case No. 4:19-cv-04577