| | |
|---|---|
| Vincent Briganti (*pro hac vice*) | Erin Green Comite (*pro hac vice*) |
| Christian Levis (*pro hac vice*) | Joseph P. Guglielmo (*pro hac vice*) |
| Margaret MacLean (*pro hac vice*) | **SCOTT+SCOTT** |
| Andrea Farah (*pro hac vice*) | **ATTORNEYS AT LAW LLP** |
| **LOWEY DANNENBERG, P.C.** | The Helmsley Building |
| 44 South Broadway, Suite 1100 | 230 Park Avenue, 24th Floor |
| White Plains, NY 10601 | New York, NY 10169-1820 |
| Telephone: 914-997-0500 | Telephone: 212-223-6444 |
| Facsimile: 914-997-0035 | Facsimile: 212-223-6334 |
| vbriganti@lowey.com | ecomite@scott-scott.com |
| clevis@lowey.com | jguglielmo@scott-scott.com |
| mmaclean@lowey.com | |
| afarah@lowey.com | |
| | |
| Mark N. Todzo (Bar No. 168389) | E. Kirk Wood (*pro hac vice*) |
| Patrick Carey (Bar No. 308623) | **WOOD LAW FIRM** |
| **LEXINGTON LAW GROUP** | P. O. Box 382434 |
| 503 Divisadero Street | Birmingham, AL 35238 |
| San Francisco, CA 94117 | Telephone: 205-612-0243 |
| Telephone: 415-913-7800 | kirk@woodlawfirmllc.com |
| Facsimile: 415-759-4112 | |
| mtodzo@lexlawgroup.com | |
| pcarey@lexlawgroup.com | |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Docket No.: 4:19-cv-04577-JSW (SK)<br><br>**PLAINTIFFS' COUNSEL'S REVISED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS [ECF No. 354]**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 5, 2nd Floor<br>Date: August 22, 2025<br>Time: 9:00 a.m. |

|  |  |
|---|---|
| 1 | **REVISED NOTICE OF MOTION AND MOTION** |
| 2 | **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:** |

**PLEASE TAKE NOTICE** that on August 22, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-captioned Court, in Courtroom 5 of the United States District Court for the Northern District of California via Zoom videoconference, the Honorable Jeffrey S. White presiding, Plaintiffs Fumiko Rodriguez (formerly known as Fumiko Lopez), individually and as guardian of A.L., John Troy Pappas, and David Yacubian ("Plaintiffs"), through their undersigned counsel and on behalf of the proposed Settlement Class, will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an Order granting Plaintiffs' Counsel's attorneys' fees and costs, and granting service awards to Plaintiffs.

The Motion is based upon this Notice of Motion and Motion filed at ECF No. 354, the Memorandum of Law, the declarations of Christian Levis, Daryl F. Scott, Mark Todzo, Edward K. Wood and Plaintiffs Rodriguez, Pappas and Yacubian, filed thereto, the papers filed in support of the Motion for Final Approval at ECF No. 365, the pleadings and records on file in this Lawsuit, the [Proposed] Order Granting Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards, previously submitted, and other such matters and argument as the Court may consider at the hearing of this Motion.

On these grounds, Plaintiffs respectfully request that the Court grant the Motion and enter the proposed Order Granting Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses and Plaintiffs' Application for Service Awards.

Dated: July 2, 2025

Respectfully submitted,

*/s/ Erin Green Comite*
Erin Green Comite (*pro hac vice*)
Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169-1820
Telephone: 212-223-6444
Facsimile:  212-223-6334
ecomite@scott-scott.com

PLAINTIFFS' COUNSEL'S REVISED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND
PLAINTIFFS' APPLICATION FOR SERVICE AWARDS [ECF NO. 354]
Case No. 4:19-cv-04577

jguglielmo@scott-scott.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Margaret MacLean (*pro hac vice*)
Andrea Farah (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile:  914-997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
afarah@lowey.com

*Class Counsel*

Mark N. Todzo (Bar No. 168389)
Patrick Carey (Bar No. 308623)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
Facsimile:  415-759-4112
mtodzo@lexlawgroup.com
pcarey@lexlawgroup.com

E. Kirk Wood (*pro hac vice*)
**WOOD LAW FIRM**
P. O. Box 382434
Birmingham, AL 35238
Telephone: 205-612-0243
kirk@woodlawfirmllc.com

*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Erin Green Comite, certify that on July 2, 2025, the foregoing document was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

                                             */s/ Erin Green Comite*
                                             Erin Green Comite (*pro hac vice*)

3

PLAINTIFFS' COUNSEL'S REVISED NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' APPLICATION FOR SERVICE AWARDS [ECF NO. 354]
Case No. 4:19-cv-04577