UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as guardian of A.L., a minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:19-cv-04577-JSW-SK<br><br>**DECLARATION OF LACEY ROSE RE: EXCLUSION REQUESTS** |

I, **LACEY ROSE**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am a Senior Project Manager at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2. Angeion was appointed by this Court to serve as the Settlement Administrator in the above-captioned matter. *See* Order Granting Motion for Preliminary Approval of Class Action Settlement; Preliminarily Certifying Settlement Class; and Approving Form and Content of Class Notice (ECF No. 341). The purpose of this declaration is to provide the Court with an update regarding requests for exclusion from the Settlement Class received by Angeion.

3. The deadline for members of the Settlement Class to request exclusion from the Settlement was July 2, 2025.

4. As of the date of this declaration, Angeion has received 352 requests for exclusion directly from potential members of the Settlement Class. Of these 352 direct requests: (i) 2 were duplicative; (ii) 4 were submitted by individuals outside of the United States of America and its territories and thus are not considered members of the Settlement Class; (iii) 1 was submitted

without a physical address necessary to confirm whether the individual is a potential member of the Settlement Class; and (iv) 1 was submitted after the deadline. Angeion is reviewing these direct requests for exclusion and will update the Court on its findings in a supplemental declaration.

5. Angeion has also received 12,501 requests for exclusion indirectly from potential members of the Settlement Class, which were submitted by Potter Handy, LLP. Angeion is reviewing these indirect requests for exclusion and will update the Court on its findings in a supplemental declaration.

6. Angeion anticipates it may receive additional timely submissions through July 23, 2025, and will include a final list of valid requests for exclusion in a supplemental declaration filed no later than July 30, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of July, 2025, at Las Vegas, Nevada.

_____
LACEY ROSE