**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Docket No.: 4:19-cv-04577- JSW (SK)<br><br>**DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 5, 2nd Floor<br>Date: August 22, 2025<br>Time: 9:00 a.m. |

I, Erin Green Comite, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am an attorney duly licensed to practice before the courts of the State of Connecticut and admitted *pro hac vice* before this Court. I am a partner of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and counsel of record for Plaintiffs Fumiko Rodriguez (formerly known as Fumiko Lopez), individually and as guardian of A.L., John Troy Pappas, and David Yacubian (collectively, "Plaintiffs").

2. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

3. I submit this declaration in support of Plaintiffs' Second Supplemental Brief in Support of Motion for Final Approval of Class Acton Settlement. At all times relevant hereto, I served as one of Plaintiffs' Counsel for Plaintiffs and the proposed Settlement Class for the purpose of the Settlement in the above-captioned action (the "Lawsuit"). Christian Levis of Lowey Dannenberg, P.C. and I have been appointed as Class Counsel for the Settlement Class in this Lawsuit. ECF No. 341, ¶5. Unless otherwise defined, capitalized terms herein have the same meaning as in the Motion.

4. Attached as **Exhibit A** hereto is a true and correct copy of communications the

Settlement Administrator, Angeion Group, LLC ("Angeion"), and Class Counsel received from a member of the Settlement Class, "C.R.", relating to the opt-out request filed by Potter Handy and the claim she filed in the Settlement. The communications in the exhibit have been organized in chronological order, to the extent possible. Personal identifying information has been redacted pursuant to Fed. R. Civ. P. 5.2 to protect the individual's privacy interests. Ex. A-2, however, is being lodged under seal as it represents business proprietary information of another law firm.

5. C.R. filed a claim for compensation in the Settlement with Angeion on May 17, 2025. Ex. A-6. However, an opt-out request for C.R. was included with the thousands of other opt-out forms that Potter Handy submitted to Angeion on July 2, 2025.

6. On August 14, 2025, I received an email directed to Class Counsel from C.R. expressing confusion. Exs. A-13 to A-14. I personally spoke with C.R. that same day to understand the nature of her confusion. As reflected in her communications, C.R. executed a retainer with Potter Handy, LLP ("Potter Handy") to pursue separate litigation against Apple (Ex. A-2) and signed a form excluding her from this Settlement (*id*.), but then communicated to Potter Handy that she made a mistake and did not want to opt out of the Settlement. Exs. A-1, A-4. From our conversation, I understood that C.R. wanted to withdraw her opt-out and have her claim for compensation in this Settlement honored. Subsequently, however, C.R. advised Angeion that she does not want to withdraw the opt-out submitted by Potter Handy. Ex. A-17.

7. Attached as **Exhibits B-N** are true and correct copies of information provided to Class Counsel by Angeion that track communications Angeion has had with other individuals who have been opted out by Potter Handy or Kazerouni. Personal identifying information has also been redacted pursuant to Fed. R. Civ. P. 5.2 to protect the individuals' privacy interests.

8. Attached as **Exhibit O** is Plaintiffs' proposed form of curative notice to the Third-Party Opt-Out individuals.

***

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 20, 2025, in Colchester, Connecticut.

By: */s/ Erin Green Comite*
Erin Green Comite

**CERTIFICATE OF SERVICE**

I, Erin Green Comite, certify that on August 20, 2025 the foregoing document entitled DECLARATION OF ERIN GREEN COMITE IN SUPPORT OF PLAINTIFFS' SECOND SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTON SETTLEMENT was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in this case.

By: */s/ Erin Green Comite*
Erin Green Comite