# EXHIBIT A

# EXHIBIT A-1



**Your potential Apple claim with Potter Handy, LLP** Inbox

P  **Potter Handy (Messag...** Feb 5

to me ∨

Dear C.R.,

Thank you for filling out the questionnaire and providing your information. We are happy to inform you that your responses preliminarily qualify you to be a Plaintiff in our mass action litigation against Apple.

There is an ongoing Class Action matter that is nearing settlement for these claims. We think we can achieve a better result for you if we pursue this for you as an individual in a mass action. However, once the class action settlement is finalized, you cannot pursue your claim individually unless you formally opt out. We have sent you an opt-out form so that we can handle that issue for you.

You must sign the opt-out form to move forward with Potter Handy and your individual claim. If you do not opt out of the class settlement, your claims will be released, whether or not you collect any money from that settlement.

↩ Reply      → Forward





whether or not you collect any money from that settlement.

In addition to the opt-out from, to move forward please sign our retainer agreement as soon as you can to formalize the arrangement in writing. We will send you updates for next steps through the email you provided.

To be clear, you must sign both the retainer and the opt-out form to move forward. We cannot accept you as a client in this matter without both forms signed.

We want to express our sincere appreciation for choosing our firm to handle your legal matter. We look forward to working with you. Potter Handy LLP.

Please sign both the retainer agreement and opt-out form found here:

**VIEW AND SIGN DOCUMENT**

Best Regards,

**Potter Handy, LLP**



Feb 5

to Potter ⌄

↩ **Reply**    ↪ **Forward**

To be clear, you must sign both the retainer and the opt-out form to move forward. We cannot accept you as a client in this matter without both forms signed.

We want to express our sincere appreciation for choosing our firm to handle your legal matter. We look forward to working with you. Potter Handy LLP.

Please sign both the retainer agreement and opt-out form found here:

**VIEW AND SIGN DOCUMENT**

Best Regards,

**Potter Handy**, LLP

---

C.R.    Feb 5
to Potter ⌄

I do want to be a part of this settlement, I made a mistake and signed the opt out form I don't want to opt out please help me change that 😭😩🙏

↩ **Reply**        ↪ **Forward**

# EXHIBIT A-2



**Potter Handy, LLP**
100 Pine St., Ste. 1250, San Francisco CA 94111
Phone: (858) 375-7385; Fax: (888) 422-5191

### ATTORNEY-CLIENT RETAINER AGREEMENT

By this AGREEMENT, **C.R.** ("CLIENT") retains POTTER HANDY, LLP, (hereinafter referred to as "FIRM") to represent CLIENT for the purposes of pursuing claims against Apple Inc. ("Apple") and any related entity ("Defendants") for any violations related to unlaw recordings on Siri enabled devices ("Claims").



Potter Handy, LLP





Potter Handy, LLP





Potter Handy, LLP

Potter Handy, LLP



Potter Handy, LLP

**XXI. ENTIRE AGREEMENT**

I have read and understand this Section:     *CR*     (Initial)

Potter Handy, LLP



02/06/2025
Date                                    _____
                                                Date

Potter Handy, LLP

*Lopez et al. V. Apple, Inc.*
Case No. 4:19-cv-04577 (N.D. Cal.)

**OPT-OUT FORM**

**CLASS MEMBER INFORMATION**



*Lopez et al. V. Apple, Inc.*
Case No. 4:19-cv-04577 (N.D. Cal.)

**OPT-OUT FORM**

**CLASS MEMBER INFORMATION**

C.R.
Name

Email Address associated with your Siri Device

Claimant Identification Code from the Apple Class Action Notice (if known)

Primary Address

City, State, and Zip

I understand that by signing and submitting this Opt-Out Form, I am stating to the Court that I DO **NOT** want to be part of the Settlement. I also understand that: (1) I will not be eligible to receive any Settlement benefits; (2) I cannot object to the Settlement; (3) I will not be legally bound by anything that happens in this lawsuit; and (4) I may be able to pursue (or continue to pursue) a claim against Apple or any of the Released Parties in the future.

I affirm under the laws of the United States that the information I have supplied is true and correct to the best of my knowledge and attest that the following is my personally-signed signature.

Signature:    C.R.                    Date: 02/05/2025

Print Name:

If you are submitting this form on behalf of a person under your legal guardianship (such as a minor child). Print their name below.

First                M.I.        Last

Potter Handy. LLP

**Potter Handy - Updated Apple/Siri Retainer + Opt out**

| | | | |
|---|---|---|---|
| Created | 02/05/2025 | Status | Completed |
| Transaction ID | 22e04d48-f386-4a73-834b-4d204dfe261f | Date Format | MM/DD/YYYY |

**Document Timeline**

| SENT | 02/05/2025 15:11:58 PST | Document sent to parties <Role Name> | C.R. |
|---|---|---|---|
| VIEWED | 02/05/2025 15:55:29 PST | Viewed by <Role Name> | C.R. |
| SUBMITTED | 02/05/2025 | Submitted by <Role Name> | |

# EXHIBIT A-3

10:28

← 🗄 🗑 ✉ ⋮

# Updated Apple/Siri Retainer + Opt out - All Parties Have Signed  Inbox ⭐

**Potter Handy (Messag...** Feb 5  😊 ↩ ⋮
to me ⌄



**All parties signed "Updated Apple/Siri Retainer + Opt out"**

**VIEW FINAL DOCUMENT**

↩ Reply    ↪ Forward    😊



# Welcome Letter From Your Lawyers

Inbox

**Potter Handy** Feb 5

to me

Dear **C.R.**

Thank you for choosing our firm Potter Handy, LLP to handle your claims against Apple. Now that you have signed the retainer agreement, our attorneys will begin to move your case forward. We will reach out from time to time to ask for additional information or provide updates as your case develops. Our communications will be through automated texts or emails, as we represent thousands of clients with the same concerns. We may send you periodic emails with questions about your experience using your Apple device

↩ Reply     ↪ Forward





Given the number of clients we will be representing, we won't be able to talk with each of you over the phone or in person.  With the nature of the litigation and the number of Plaintiffs involved, there is unfortunately not enough time to talk to tens of thousands (or more) clients.  We will strive to keep you updated via videos, emails, or texts, and we appreciate your willingness to participate.

**We understand completely if this arrangement is not going to work for you, please let us know ASAP if you would like to cancel the retainer agreement and not be a part of the litigation.** If you want to be removed from litigation, please email us at AppleLit@potterhandy.com. *Please DO NOT respond to this*





be removed from litigation, please email us
at AppleLit@potterhandy.com.
**Please DO NOT respond to this email directly. Messages received at this email address will not be seen by our litigation team.**

We appreciate your flexibility and understanding regarding this matter. We will fight for you to get as big of a recovery for you as possible and force Apple to account for their illegal violation of your rights as best we can.

Best Regards,

**Support Team | Apple**

Potter Handy, LLP



# EXHIBIT A-4

12:08

C.R.    Feb 5

to Potter ⌄



From    C.R.

To    Potter Handy (Messaging) •
messages@potterhandy.com

Date    Feb 5, 2025, 6:57 PM

View security details

Please help I though I was signing the retainer for you guys to represent me then I went back and read it and it said that I signed the opt out form I so didn't mean to do that can you guys help me change that please and thanks in advance 🤞🏾👌🏾🫶🏾

On Wed, Feb 5, 2025, 6:33 PM Potter Handy (Messaging) <messages@potterhandy.com> wrote:



↩ Reply        → Forward

# EXHIBIT A-5



Hello C.R.

Thank you for choosing Potter Handy LLP to handle your case against Apple/Siri.

In order to begin the litigation process, we will need some more information from you. Please click this link:

**ACCESS FORM**

to answer the supplemental survey.

DO NOT respond to this email directly. Messages received at this email address will not be seen by your litigation team.

Thank you,

Potter Handy, LLP

# EXHIBIT A-6

1:45



# Claim Form Submitted for the Lopez Voice Assistant Settlement  `Inbox`

**Confirmation Email** May 17

to me ⌄

| From | Confirmation Email • Confirmation @lopezvoiceassistantsettlement .com |
|---|---|
| To | C.R. |
| Date | May 17, 2025, 1:48 PM |
| 🔒 | Standard encryption (TLS). View security details |

**This email address is not monitored, therefore please do not reply to it. If you need to contact us, please email us at Info@LopezVoiceAssistantSettlement. com.**

Dear C.R. ,

You have successfully updated your Claim Form on May 17, 2025 at 11:47:53 A.M. PT.

<u>YOUR CLAIM DETAILS</u>
Submitted Claim ID: ▮▮▮▮▮▮▮▮
Confirmation Code: **v44WWun4vJym**





Submitted Claim ID: ███████████
Confirmation Code: ███████████

You will need the above Submitted Claim ID and Confirmation Code if you would like to edit your Claim at a later time.

NAME AND CONTACT INFORMATION
First Name: ████████
Last Name: █████████
Street Address 1: ██████████
City: ██████
State: ███
Zip Code: ██████
Country: █████
Email Address:
████████████████
Phone Number 1: ████████
Signature: █████████
Date: **May 17, 2025 at 11:47:53 A.M. PT**

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at: Info@LopezVoiceAssistantSettlement.com.

Thank You,
Settlement Administrator
Lopez Voice Assistant Settlement
www.lopezvoiceassistantsettlement.com

# EXHIBIT A-7

12:07

←            🗃 🗑 ✉ ⋮

**C.R.**         Jun 9     😊 ↩ ⋮

to Potter ⌃



From    C.R.

To     Potter Handy (Messaging) •
messages@potterhandy.com

Date   Jun 9, 2025, 11:29 PM

View security details

Why haven't I received anything from this settlement yet??? Please help thanks in advance 🙏

On Wed, Feb 5, 2025, 6:57 PM ▉▉▉

**C.R.**

~~wrote:~~

> Please help I though I was signing the retainer for you guys to represent me then I went back and read it and it said that I signed the opt out form I so didn't mean to do that can you guys help me change that please and thanks in advance 🤞 👌 🫶
>
> On Wed, Feb 5, 2025, 6:33 PM Potter Handy (Messaging)



↩ **Reply**     ↗ **Forward**    😊

‹      ◯      ▯

# EXHIBIT A-8

1:46

# Lopez v. Apple Payment Validation

Inbox



**Lopez v Apple Admin...** Jun 20

to me ⌄

From  Lopez v Apple Administrator •
no-reply@verifypaymentinfo.com

To    C.R.

Date  Jun 20, 2025, 3:35 AM

🔒    Standard encryption (TLS).
      View security details

Your payment verification code is: ███████

Our records indicate that you have attempted to verify your payment method for Lopez v. Apple. To complete this process and confirm your email address, please enter the code above on the verification page.

If you have not attempted to verify your payment method, please disregard this email.

↩ **Reply**     ↪ **Forward**     ☺



# EXHIBIT A-9

10:24

← 🗄 🗑 ✉ ⋮

**Confirmation Email** Jul 21

to me ⌄

**This email address is not monitored, therefore please do not reply to it. If you need to contact us, please email us at** Info@LopezVoiceAssistantSettlement. com.

Dear ████ C.R. ████

You have successfully updated your Claim Form on July 21, 2025 at 05:08:23 P.M. PT.

<u>YOUR CLAIM DETAILS</u>
Submitted Claim ID: ████████
Confirmation Code: ████████

You will need the above Submitted Claim ID and Confirmation Code if you would like to edit your Claim at a later time.

<u>NAME AND CONTACT INFORMATION</u>
First Name: ████
Last Name: ████████
Street Address 1: ████████
City ████
State: ██
Zip Code: ████
Country: ████
Email Address:

↩ Reply      ↪ Forward      ☺

# EXHIBIT A-10

1:46

← □ 🗑 ✉ ⋮

# Re: Contact Information Update - [www.lopezvoice assistantsettlement.com] ⭐

**Inbox**

**D** **Do Not Reply** Jul 25
to me ⌄

😊 ↩ ⋮

Thank you for contacting the Lopez Voice Assistant Settlement Administrator.

Please reply to this email with your Claim ID so that your records may be updated.

Thank You,
Lopez Voice Assistant Settlement Administrator
www.LopezVoiceAssistantSettlement.com

↩ **Reply**    ↪ **Forward**   😊

✉99+    📷

‹   ○   |O|

10:25

Lopez Voice Assistant Settlement
Administrator
www.LopezVoiceAssistantSettlement.
com

On July 25, 2025 at 6:38:43 AM UTC,
**C.R.** wrote:

Hello my name is ██████████ and I'm
writing to update my mailing address it is
████████████████████████
████████ please update it for me, I
am moving and no longer will be at ████
████████████████████
thank you...

Phone Number: 2514601745
Contact Form: www.
lopezvoiceassistantsettlement.com

↩ **Reply**        ↗ **Forward**

# EXHIBIT A-11

# #1755129 Urgent please help!!!

**Submitted**
August 13, 2025 at 11:42 PM

**Received via**
Mail

**Requester**
C.R.

**Status category**
Open

**Ticket status**
Open

**Type**
Question

**Priority**
Urgent

**Group**
Daily Reports

**Assignee**
Angeion

---

**Ticket Category**
General Question

**Case Name**
Apple (Lopez) - 4106

---

C.R.     August 13, 2025 at 11:42 PM

Hello my name is C.R.          Claimant Identification Number: L                    ,  I did file a claim with you guys and I wrote you months ago because I was confused about the exclusion paperwork I don't want to be excluded from the claim I signed it by mistake... But if I was supposed to sign the exclusion paperwork then you can disregard my message... I will send a screenshot of the email I sent you guys some months ago with the date and everything on it ... And other emails sent between me and you guys this is actually my first response from you all concerning that email... I have the emails saying back to February when I asked and was concerned about what I signed and if I did right ... So when should I expect a payment from the settlement???

Support Software by **Zendesk**

# EXHIBIT A-12



# #1755133 Urgent please help

| Submitted | Received via | Requester |
|---|---|---|
| August 13, 2025 at 11:43 PM | Mail | ███ C.R. ███ |

| Status category | Ticket status | Type | Priority | Group | Assignee |
|---|---|---|---|---|---|
| Open | Open | Question | Normal | Daily Reports | Angeion |

| Ticket Category | Case Name |
|---|---|
| General Question | Apple (Lopez) - 4106 |

---

**C.R.**    August 13, 2025 at 11:43 PM

Hello my name is ███ C.R. ███ Claimant Identification Number: L███████ and these are the last of our emails and communications with your firm...

Support Software by **Zendesk**

# EXHIBIT A-13

| | |
|---|---|
| **From:** | C.R. |
| **To:** | Lopez Voice Assistant Settlement |
| **Subject:** | I need answers please |
| **Date:** | Thursday, August 14, 2025 1:54:24 AM |
| **Attachments:** | 1000002701.png |
| | 1000002700.png |
| | 1000002703.png |
| | 1000002702.png |
| | 1000002699.png |

My name is C.R. and I'm a claimant in this case I received and email yesterday saying that I excluded myself from the settlement and I did not ... I made mistake when submitting my claim back in February and signing my documents and signed the opt out retainer which I immediately noticed and emailed the administrators... They emailed me back saying  that everything was ok I was fine and I've been getting update emails and everything even recently so why did I receive that email saying I excluded myself.... I have the screenshot emails for proof and the dates on on the emails, please get back to me at your earliest convenience,Thank you for all you do and blessings to you and yours... I just need to be reassured that I'm still a part of this settlement and will be receiving my payment as I was told... My direct phone number is

# EXHIBIT A-14

**From:**      C.R.
**To:**        Lopez Voice Assistant Settlement
**Subject:**   Help please
**Date:**      Thursday, August 14, 2025 1:56:37 AM
**Attachments:** 1000002705.png
               1000002704.png
               1000002694.png
               1000002706.png
               1000002692.png

These are some more proof emails and communication proof

# EXHIBIT A-15

# ▐▙ #1755242 My proof of claim

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| August 14, 2025 at 1:57 AM | Mail | ██ C.R. ████████████████ |

| **Status category** | **Ticket status** | **Type** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|---|---|
| Open | Open | Question | Normal | Daily Reports | ██ Angeion ██ |

| **Ticket Category** | **Case Name** |
|---|---|
| General Question | Apple (Lopez) - 4106 |

---

██ **C.R.** ████        August 14, 2025 at 1:57 AM

Hello this is ██ **C.R.** ██████ again here are more screenshots of my claim and proof that I'm supposed to receive a payment... I did not opt out that retainer was mistakenly signed and I immediately recognized the mistake and emailed you guys... I have the screenshots for proof and also your law firm kept me updated with information all way up until the end of July so if I was not an eligible claimant of the settlement why would I be getting emails updating me on payments and all case updates... So again when should I exspect my settlement payment??? My direct number is ████████████ if someone needs to talk to me I'm available anytime thanks I'm advance and blessings to you and yours

---

██ **Angeion** ████        August 14, 2025 at 8:31 AM        Internal note

Request #1755244 "More emails" was closed and merged into this request. Last comment in request #1755244:

[No content]

---

Support Software by **Zendesk**

# EXHIBIT A-16

**From:** ███ C.R. ███
**To:** Lopez Voice Assistant Settlement
**Subject:** ████████████████████████████
**Date:** Thursday, August 14, 2025 2:58:44 PM
**Attachments:** 1000002719.png
1000002720.png
1000002722.png
1000002721.png
1000002718.png

# EXHIBIT A-17

# ▌▖ #1757420 Re: Lopez Voice Assistant Settlement – Submission Clarification

| | | | | | |
|---|---|---|---|---|---|
| **Submitted** | | **Received via** | **Requester** | | |
| August 14, 2025 at 11:58 PM | | Mail | ██████ C.R ██████ | | |

| | | | | | |
|---|---|---|---|---|---|
| **Status category** | **Ticket status** | **Type** | **Priority** | **Group** | **Assignee** |
| On-hold | On-hold | Question | High | Project Managers | **Angeion** |

| | | |
|---|---|---|
| **Total time spent (sec)** | **Time spent last update (sec)** | **On Hold Reason** | **Ticket Category** |
| 90 | 4 | Pending investigation | Exclusion and Opt-Out |

| | | | |
|---|---|---|---|
| **ZeroZeroID** | **Case** | | **Case Name** |
| ██████ | Apple (Lopez) - 4106 | | Apple (Lopez) - 4106 |

---

**C.R** ████    August 14, 2025 at 11:58 PM

Ok I was confused I apologize I thought you guys were the same company or should I say affiliated in some kind of way my apologies but im clear on what's going on now and I thank you for all your help and quick responses... I will have a answer before August 21st....

On Thu, Aug 14, 2025, 7:16 PM Lopez Voice Assistant Settlement Administrator <info@lopezvoiceassistantsettlement.com> wrote:

> Claimant Identification Number: ████████
>
> **C.R.** ████
>
> We have received both a Claim Form submitted by you directly and an exclusion request submitted on your behalf by Potter Handy related to the Lopez Voice Assistant Settlement.  The Settlement Agreement does not permit you to submit both a Claim Form and an exclusion request.
>
> Please promptly reply to this email by no later than **August 21, 2025**, to clarify your intention as to whether you: (a) only want to submit a Claim Form; or (b) only want to submit an exclusion request.
>
> **If you do not respond, your claim or exclusion request might be considered invalid and you might be forfeiting your rights under the Settlement.**
>
> You must include your choice **either** to make a claim **or** exclude yourself from the Settlement Class, but not both, in your response to this e-mail.  For more information on claims and requests for exclusion, please see Question Nos. 7-9 and 18-20 of the FAQs available on the Settlement Website: https://lopezvoiceassistantsettlement.com/faqs.
>
> If you have any questions, please feel free to include them in your response to this email.
>
> Thank you,
>
> Lopez Voice Assistant Settlement Administrator

<u>Unsubscribe</u>

**C.R.**    August 15, 2025 at 12:04 AM

The exclusion opt out form can stay the sane

---

**C.R.**    August 15, 2025 at 3:07 PM    Internal note

Request #1755129 "Urgent please help!!!" was closed and merged into this request. Last comment in request #1755129:

Hello my name is **C.R.**    Claimant Identification Number: L███████████, I did file a claim with you guys and I wrote you months ago because I was confused about the exclusion paperwork I don't want to be excluded from the claim I signed it by mistake... But if I was supposed to sign the exclusion paperwork then you can disregard my message... I will send a screenshot of the email I sent you guys some months ago with the date and everything on it ... And other emails sent between me and you guys this is actually my first response from you all concerning that email... I have the emails saying back to February when I asked and was concerned about what I signed and if I did right ... So when should I expect a payment from the settlement???

---

**Angeion**    August 15, 2025 at 3:08 PM

Thank you for contacting the Lopez Voice Assistant Settlement Administrator,

We have received your response and have escalated it for further review. We will provide you with feedback on this matter as soon as possible.

Thank You,
Lopez Voice Assistant Settlement Administrator
www.LopezVoiceAssistantSettlement.com

---

**Angeion**    August 15, 2025 at 3:08 PM    Internal note

███████████ - rec'd exc notice, added to sheet