UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: August 22, 2025

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall

**TIME IN COURT**: 16 Minutes

**COURT REPORTER**: James Pence-Avilas
Appearing by Zoom.

**CASE NO.**: 19-cv-04577-JSW

**TITLE**: Fumiko Lopez, et al. v. Apple, Inc.

**COUNSEL FOR PLAINTIFF**:
Mark Todzo
Erin Comite
Joseph Guglielmo
Christian Levis
Andrea Farah
Ned Hedley (Objector- Riley Stevens)

**COUNSEL FOR DEFENDANT**:
Purvi Patel

**PROCEEDINGS**:
Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees – HELD.

**RESULTS**:
The Court permitted objectors to the Motion for Final Approval to address the Court.

The Court GRANTS Plaintiff's request for distribution of a curative notice to the third party opt-out individuals. The Court permits the parties two weeks to meet and confer to provide an updated curative notice.

Counsel is directed to submit an updated joint proposed order reflecting additional matters addressed, as stated on the record.

The Court having considered the arguments from the parties and objectors, takes the Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees under submission.