**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUMIKO LOPEZ, FUMIKO LOPEZ, as Guardian of A.L., a Minor, JOHN TROY PAPPAS, and DAVID YACUBIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Docket No.: 4:19-cv-04577- JSW (SK)<br><br>[~~PROPOSED~~] **ORDER DENYING ADMINISTRATIVE MOTION FOR AN ORDER REQUIRING THE PARTIES TO DISTRIBUTE CURATIVE NOTICE TO ALL POTTER HANDY THIRD-PARTY OPT OUTS, OR IN THE ALTERNATIVE, REQUIRE THE PARTIES MEET AND CONFER WITH POTTER HANDY PRIOR TO DISTRIBUTION OF THE CURATIVE NOTICES** |

1  The Court, having considered the Administrative Motion for an Order Requiring the Parties to Distribute Curative Notice to All Potter Handy Third-Party Opt Outs, or in the Alternative, Require the Parties Meet and Confer with Potter Handy Prior to Distribution of the Curative Notices (the "Motion") (ECF No. 407),[1] pursuant to Civil Local Rule 7-11, and the Parties' opposition thereto (ECF No. 409), **DENIES** the Motion.

Dated: September 9, 2025

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise defined, capitalized terms herein have the same meaning as in the Motion.