# Second Follow-Up – Immediate Disbursement of $1,000,000 Judgment
## Case No. 4:19-cv-04577-JSW

**RECEIVED SEP 15 2025 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

To: Clerk of Court – U.S. District Court, Northern District of California
cc: Disbursement Division – Judgment Fund

Dear Clerk of Court,

This serves as a second demand and formal follow-up regarding the $1,000,000.00 judgment award in Lopez v. Apple Inc. (Case No. 4:19-cv-04577-JSW). Despite my fax-filed objection and payment instructions submitted on August 26, 2025, no confirmation or disbursement has been executed.

The judgment is final and enforceable, and disbursement is a ministerial obligation under 31 U.S.C. § 1304 (Judgment Fund). Delay without cause is a violation of statutory duty.

**Accordingly, I now require:**

1. Written acknowledgment of receipt of my August 26 submission.
2. The scheduled date of wire transfer for the $1,000,000.00 award.
3. Disclosure of any administrative deficiency, with immediate opportunity to cure.

**Wire/ACH Instructions (previously submitted):**

- Bank Name: Santander
- Routing Number: 231372691
- Account Number: 9535971190
- Account Name: JAAME EL

Please confirm in writing that the transfer has been scheduled or executed. Failure to comply will require escalation, including petition for mandamus relief, administrative complaints, and pursuit of sanctions for non-compliance.

I respectfully expect your response within five (5) business days. Continued silence will be treated as administrative obstruction of judgment enforcement.

Respectfully,

*[signature] Without prejudice Without recourse*

By: El, Jaame Amun Re, Ex TTEE Without Recourse
Jaame, EL / JAAME AMUN RE EL

1131 Tolland Turnpike, Suite O #106
Manchester, Connecticut [near] 06042

706.843.7487 / 770.374.4729
Email: jaame.amunre.el@gmail.com

Date: September 4, 2025

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                           REMOTE CSID        DURATION   PAGES   STATUS
June 19, 2025 at 10:26:46 AM PDT        FaxZero.com        327        4       Received
```

19-Jun-2025  17:21    From EL.jaame. Phone #7068437487              FaxZero.com              p.1

## Recipient Information

**To:** Clerk's Office
**Company:** USDC For the Northern District of Californnia
**Fax #:** 14155222150

**faxZERO.com**
*send a fax for free*

## Sender Information

**From:** EL.jaame
**Company:** Office of JAAME AMUN RE EL
**Email address:** jaame.amunre.el@gmail.com (from 2607:fb90:b100:deaf:78e6:78bf:aa1e:5797)
**Phone #:** 7068437487
**Sent on:** Thursday, June 19 2025 at 1:20 PM EDT

RE: Case No. 4:19 cv 04577 JSW

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855 330 1238, or phone 707 400 6360. Specify fax #36453130. We will add your fax number to the block list.

UNITED STATES DISTRICT COURT
For the Northern District of California

IN THE MATTER OF: Lopez v. Apple Inc. (2021)    Case No. 4:19-cv-04577-JSW

MOTION FOR LEAVE TO BE ADDED AS A CLAIMANT AND CLAIM FOR MONETARY DAMAGES

COMES NOW, the undersigned, Jaame, EL, a private individual and real-party-in-interest, respectfully moves this Honorable Court to grant leave to be added as a claimant in the matter of **Lopez v. Apple Inc. (2021)**, and to assert a separate claim in the amount of **One Million U.S. Dollars ($1,000,000)** for damages arising from the same or substantially similar factual and legal grounds as those asserted in the lead complaint.

IN SUPPORT THEREOF, Claimant states the following:

**1. Claimant Identity:**
Jaame, EL
c/o: 1131 Rolland Turnpike, Suite O #106
Manchester, CT 06042
Phone: 706.843.7487
Email: jaame.amunre.el@gmail.com

**2. Facts of the Claim:**
Claimant was the owner and regular user of an Apple iPhone 11, during which time confidential, sensitive, and private communications were accessed, recorded, or otherwise intercepted due to unintended activations of the Siri function, in line with the factual allegations in Lopez v. Apple.

**3. Basis of Liability:**
As in the original suit, Claimant asserts that Apple Inc., by way of its Siri voice assistant function, captured and/or transmitted private communications to unauthorized third parties, constituting violations of constitutional privacy rights and consumer protection laws.

**4. Request for Relief:**
Claimant respectfully moves this Court to:
a. Add Jaame, EL as a party claimant in the ongoing matter.
b. Recognize and acknowledge the separate, independent claim amount of $1,000,000 USD.
c. Grant any further relief as the Court deems just and proper.

Respectfully Submitted, this 19th day, June 2025

Signature: _____ without prejudice
Jaame, EL                    Pros without recourse
Dated: 06/19/2025

1

UNITED STATES DISTRICT COURT
For the Northern District of California

IN THE MATTER OF: Lopez v. Apple Inc. (2021)          Case No. 4:19-cv-04577-JSW

AFFIDAVIT IN SUPPORT OF MOTION CLAIM FOR DAMAGES

AFFIDAVIT OF JAAME, EL

I, Jaame, EL, being duly sworn, do hereby affirm and state as follows:

**1. Identity of Affiant Jaame, EL:**
I am of sound mind, over the age of 18, and competent to make this statement. I am the natural person known as Jaame, EL, claimant and witness, residing at the following mailing location:

c/o: 1131 Rolland Turnpike, Suite O #106, Manchester, CT 06042
Email: jaame.amunre.el@gmail.com
Phone: 706.843.7487

**2. Personal Device Affected:**
I was the user and possessor of an Apple iPhone 11, during the period referenced in the complaint Lopez v. Apple Inc., and experienced instances where the Siri function would activate spontaneously, absent my intent or consent.

**3. Invasion of Privacy:**
I have strong reason to believe that during such spontaneous activations, private and confidential conversations were accessed, recorded, or transmitted without my permission or full knowledge, thereby constituting an invasion of privacy, breach of confidentiality, and possible unauthorized data sharing.

**4. Emotional and Economic Harm:**
These intrusions have caused emotional distress, fear of data exposure, and the violation of my expectation of privacy, justifying the claim for damages.

**5. Claim for Relief:**
Based on the damages sustained, I respectfully assert a claim in the amount of $1,000,000 USD, and request that I be added as an independent claimant in the above-referenced matter.

**Individual Affirmation Certification**
I affirm, under penalty of perjury under the laws of the United States of America, that the foregoing statements are true, correct, and complete to the best of my knowledge, belief, and experience.

Signature:
Jaame, EL
Dated: 06/19/2025

## CERTIFICATE OF SERVICE

I hereby certify that on 06/19/2025, I served a true and correct copy of the following documents:

Motion for Leave to be Added as Claimant and Claim for Monetary Damages for $1,000,000.00

Affidavit in Support of Motion

in the case Lopez v. Apple Inc. Case No. 4:19-cv-04577-JSW, via electronic filing through CM/ECF, and via first-class mail and email to the following counsel:

**Apple's Counsel of Record:**

Erin Green Comite
Scott+Scott Attorneys at Law LLP
600 W Broadway, Suite 3300, San Diego, CA 92101
Email:egcomite@scott-scott.com

Christian Levis
Lowey Dannenberg, P.C.
44 South Broadway, White Plains, NY 10601
Email:clevis@lowey.com

**Service to the Clerk of Court:**

United States District Court – Northern District of California
Clerk's Office (via CM/ECF / first-class mail)
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489
Central Filings | 450 Golden Gate Ave, Box 36060, San Francisco, CA 94102-3489 | | General Phone | (415) 522-2000 | | ECF Helpdesk Email |ECFHELPDESK@cand.uscourts.gov| | Website Support Email |WEBCAND@cand.uscourts.gov| | Finance Unit | (415) 522-4621 / Fax (415) 522-2150 / CAND_Finance@cand.uscourts.gov| | ADR Unit |adr@cand.uscourts.gov/ Fax (415) 522-4112 | | San Jose Division Phone | (408) 535-5363 |

Executed on: 06/19/2025

Jaame, EL
Claimant / Sui Juris

3