UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAMALI WHITNEY, | Case No. 25-cv-07890-PCP |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| APPLE, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Lopez v. Apple, Inc.*, Case No. 19-cv-04577-JSW.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
P. CASEY PITTS
United States District Judge