UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LUCINDA PORTER,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Case No. 25-cv-07836-VKD

**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-captioned matter is referred to the Honorable Jeffrey S. White for consideration of whether the case is related to Case No. 4:19-cv-4577-JSW *Lopez, et al. v. Apple Inc.*

**IT IS SO ORDERED.**

Dated: October 27, 2025

Virginia K. DeMarchi
United States Magistrate Judge