UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FUMIKO LOPEZ, as guardian of A.L., a minor, individually and on behalf of all others similarly situated; et al., | No. 25-7160 |
| Plaintiffs - Appellees, | D.C. No. 4:19-cv-04577-JSW Northern District of California, Oakland |
| POTTER HANDY THIRD PARTY OPT OUTS, | ORDER |
| Objector - Appellant, | |
| v. | |
| APPLE INC., a Delaware corporation, | |
| Defendant - Appellee. | |

The motion (Docket Entry No. 16) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed. All pending motions are denied as moot.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT